Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Telephone:   214 978 3000
Facsimile:    214 978 3099

Armen Manasserian (State Bar No. 288199)
armen@ml-apc.com
**MANASSERIAN LAW, APC**
35 Hugus Aly, Suite 210
Pasadena, CA 91103
Telephone:   626 469 0500
Facsimile:    626 469 0510

Attorneys for Plaintiffs,
Coronitas Holdings, LLC, and
Wolverine Endeavors VIII, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>1023 MONTEREY INVESTORS LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-11946-JFW-SK<br><br>Complaint Filed: December 17, 2025<br><br>**DECLARATION OF LEAD TRIAL COUNSEL** |

1. My name is Nicholas O. Kennedy. I am over the age of twenty-one years, of sound mind, have never been convicted of a felony, and am capable of making this declaration. I have personal knowledge of the facts stated herein, as set forth below. All of the facts herein are true and correct to the best of my knowledge. I further state that I am fully authorized and competent to testify to the matters set out in this declaration.

2. I am the lead counsel representing Plaintiffs Coronitas Holdings, LLC, a Wyoming limited liability company, and Wolverine Endeavors VIII, LLC, a California limited liability company in the above captioned action.

3. I am a partner at the law firm of Baker & McKenzie LLP and admitted to practice law in the States of California and Texas, as well as in the U.S. District Court for the Central District of California.

4. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the facts stated herein under oath.

5. I am a registered ECF User, and my email address of record is nicholas.kennedy@bakermckenzie.com. I consent to accept service of documents for this matter by electronic means.

6. I have read the Court's Standing Order and the Local Rules for the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on January 6, 2026, in Southlake, Texas.

| | | |
|---|---|---|
| 1 | Dated: January 6, 2026 | BAKER McKENZIE LLP |

By: */s/ Nicholas O. Kennedy*
Nicholas O. Kennedy

MANASSERIAN LAW, APC
Armen Manasserian

Attorneys for Plaintiffs,
Coronitas Holdings, LLC, and
Wolverine Endeavors VIII, LLC