SKT LAW, P.C.
Eliot F. Krieger (SBN 159647) ekrieger@skt.law
Heidi Stilb Lewis, (SBN 98046) hlewis@skt.law
Maren B. Hufton (SBN 235445) mhufton@skt.law
7755 Center Avenue, Suite 1225
Huntington Beach, CA 92647
(949) 523-3333 Telephone | (949) 523-3003 Facsimile

Attorneys for Defendants John E. King and Carole D. King, individually and as trustees of the John and Carole King Family Trust dated April 20, 2006, the John and Carole King Family Trust dated April 20, 2006, and Black Chaps, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> 1023 MONTEREY INVESTORS LLC, a California limited liability company; 1035 MONTEREY INVESTORS LLC, a California limited liability company; A.J. SPURS, INC., BUELLTON, a California corporation; ADDIE STREET LAND GROUP LP, a California limited partnership; AKRO REAL ESTATE PARTNERS LLC, a California limited liability company; APPLE FARM COLLECTIONS-SLO, INC., a California corporation; BLACK CHAPS LLC, a California limited liability company; BOUTIQUE HOTEL COLLECTION, INC., a California corporation; DISTINCTIVE RESORTS, INC., a California corporation; CLIFFS RESORT LLC, a California limited liability company; FERNWOOD RESORT, LLC, a California limited liability | CASE NO. 2:25-cv-11946-JFW-SK <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (CD Cal Civ L.R. 8-3)** <br><br> Complaint Served: 1/7/26 <br> Current Response Date: 1/28/26 <br> New Response Date: 2/27/26 <br> (CD Cal Civ L.R. 8-3) |

1

Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days

SKT Law, P.C.
7755 Center Avenue, Suite 1225
Huntington Beach, California 92647
T: (949) 523-3333 | F: (949) 523-3003

|   |   |   |
|---|---|---|
| 1 | company; HIGUERA BREW LLC, a California limited liability company; JGK CONSTRUCTION LLC, a California limited liability company; CAROLE D. KING, an individual; CAROLE D. KING, as Trustee of the JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, 2006; JOHN G. KING, an individual; JOHN G. KING, as Trustee of the JG KING LIVING TRUST, DATED FEBRUARY 25, 2021; JOHN E. KING, an individual; JOHN E. KING, as Trustee of the JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, 2006; LANA LUCAS, an individual; LOS LOBOS INVESTMENTS LLC, a California limited liability company; PAUL G. METCHIK, an individual; MISSION GROVE ASSOCIATES, a California general partnership; MONTALBAN STREET GROUP, a California general partnership; MICHAEL NELSON, an individual; ORKA REAL ESTATE PARTNERS LLC, a California limited liability company; ROBIN L. ROSSI, an individual; ROBIN L. ROSSI as Trustee of THE ROBIN L. ROSSI LIVING TRUST U/D/T OCTOBER 19, 1990 a/k/a ROBIN L. ROSSI LIVING TRUST; SPANISH VINEYARDS LLC, a California limited liability company; SYCAMORE MINERAL SPRINGS LLC, a California limited liability company; THE SEAVENTURE RESORT, LLC, a California limited liability company; THE VINEYARDS AT SPANISH SPRINGS, LLC, a California limited liability company; and DOES 1-100, inclusive,<br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |   |

Subject to approval by the Court, Plaintiffs Coronitas Holdings, LLC and Wolverine Endeavors VIII, LLC ("Plaintiffs") and Defendants John E. King and Carole D. King, individually and as trustees of the John and Carole King Family Trust, the John and Carole King Family Trust, and Black Chaps, LLC ("Defendants"), through their respective counsel, hereby stipulate to an extension of the time within which the Defendants, and each of them, must file a response to Plaintiffs' Initial Complaint from January 28, 2026 to, and including, February 27, 2026, or such other date as the Court may order.

Defendants have obtained no prior extensions of the time within which to file Defendants' response to the Initial Complaint.

Plaintiffs effected proper service of the Initial Complaint on Defendants on January 6, 2026 and Defendants waive any potential defects in service.

Good Cause exists for granting the extension, as follows: Defendants just retained their counsel Eliot Krieger, Heidi Stilb Lewis and Maren B. Hufton of SKT LAW, PC on January 13, 2026, leaving insufficient time for their counsel to adequately review the 283-page Initial Complaint, the related documents and filings; confer with Plaintiffs' counsel; and draft the response. Further, the current due date leaves insufficient time for the Defendants' counsel to obtain, upon application to this Court, a guardian ad litem for Carole D. King.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 15, 2026     By: _____/s/_____
**BAKER & McKENZIE, LLP**
Nicholas O. Kennedy
Attorneys for Plaintiffs, Coronitas Holdings, LLC and Wolverine Endeavors, VIII, LLC

Respectfully submitted,

Dated: January 15, 2026          By: _____

**SKT LAW, P.C.**
Eliot F. Krieger
Attorneys for Defendants John E. King and Carole D. King, individually and as trustees of the John and Carole King Family Trust dated April 20, 2006, the John and Carole King Family Trust dated April 20, 2006, and Black Chaps, LLC

**MULTI-SIGNATORY ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this document.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated: January 15, 2026

SKT LAW, P.C.

Eliot F. Krieger