BROWN WHITE & OSBORN LLP
KENNETH P. WHITE, SBN 173993
KARINEH DARBINIAN, SBN
333 South Hope Street, 40th Floor
Los Angeles, CA 90071
kwhite@brownwhitelaw.com
kdarbinian@brownwhitelaw.com
Tel.: 213.613.0550
Fax: 213.613.0550

Attorneys for Defendants 1023 Monterey Investors LLC; 1035 Monterey Investors LLC; A.J. Spurs, INC., Buelton; Addie Street Land Group LP; Akro Real Estate Partners LLC; Distinctive Resorts, Inc.; Cliffs Resort LLC; Fernwood Resort, LLC; Higuera Brew LLC; JGK Construction LLC; John G. King, Individually and as Trustee of the JG King Living Trust, Dated February 25, 2021; Los Lobos Investments LLC; Mission Grove Associates; Montalban Street Group; Spanish Vineyards LLC; Sycamore Mineral Springs LLC; The Seaventure Resort, LLC; The Vineyards At Spanish Springs, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>1023 MONTEREY INVESTORS LLC, a California limited liability company; 1035 MONTEREY INVESTORS LLC, a California limited liability company; A.J. SPURS, INC., BUELLTON, a California corporation; ADDIE STREET LAND GROUP LP, a California limited partnership; AKRO REAL ESTATE PARTNERS LLC, a California limited liability company; APPLE FARM COLLECTIONS-SLO, INC., a California corporation; BLACK CHAPS LLC, a California limited liability company; BOUTIQUE HOTEL COLLECTION, INC., a California corporation; DISTINCTIVE RESORTS, INC., a California corporation; CLIFFS RESORT LLC, a California limited liability company; FERNWOOD RESORT, LLC, a California limited liability company; | CASE NO. 2:25-cv-11946-JFW-SKx<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (CD Cal Civ L.R. 8-3)**<br><br>Complaint Served: 1/7/26<br>Current Response Date: 1/28/26<br>New Response Date: 2/27/26<br>(CD Cal Civ L.R. 8-3) |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | HIGUERA BREW LLC, a California limited liability company; JGK CONSTRUCTION LLC, a California limited liability company; CAROLE D. KING, an individual; CAROLE D. KING, as Trustee of the JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, 2006; JOHN G. KING, an individual; JOHN G. KING, as Trustee of the JG KING LIVING TRUST, DATED FEBRUARY 25, 2021; JOHN E. KING, an individual; JOHN E. KING, as Trustee of the JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, 2006; LANA LUCAS, an individual; LOS LOBOS INVESTMENTS LLC, a California limited liability company; PAUL G. METCHIK, an individual; MISSION GROVE ASSOCIATES, a California general partnership; MONTALBAN STREET GROUP, a California general partnership; MICHAEL NELSON, an individual; ORKA REAL ESTATE PARTNERS LLC, a California limited liability company; ROBIN L. ROSSI, an individual; ROBIN L. ROSSI as Trustee of THE ROBIN L. ROSSI LIVING TRUST U/D/T OCTOBER 19, 1990 a/k/a ROBIN L. ROSSI LIVING TRUST; SPANISH VINEYARDS LLC, a California limited liability company; SYCAMORE MINERAL SPRINGS LLC, a California limited liability company; THE SEAVENTURE RESORT, LLC, a California limited liability company; THE VINEYARDS AT SPANISH SPRINGS, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>                    Defendants. |

Having read the Plaintiffs Coronitas Holdings, LLC and Wolverine Endeavors VIII, LLC ("Plaintiffs") and Defendants 1023 Monterey Investors LLC; 1035 Monterey Investors LLC; A.J. Spurs, INC., Buelton; Addie Street Land Group LP; Akro Real Estate Partners LLC; Distinctive Resorts, Inc.; Cliffs Resort LLC; Fernwood Resort, LLC; Higuera Brew LLC; JGK Construction LLC; John G. King,

1 | Individually and as Trustee of the JG King Living Trust, Dated February 25, 2021;
2 | Los Lobos Investments LLC; Mission Grove Associates; Montalban Street Group;
3 | Spanish Vineyards LLC; Sycamore Mineral Springs LLC; The Seaventure Resort,
4 | LLC; The Vineyards At Spanish Springs, LLC ("Defendants") stipulation to an
5 | extension of the time, by not more than 30-days, within which the Defendants, and
6 | each of them, must file a response to Plaintiffs' Initial Complaint; the Plaintiffs and
7 | Defendants having stipulated therein to an extension from the original response due
8 | date of January 28, 2026 to, and including, the new response due date of February 27,
9 | 2026; and Good Cause appearing therefor:

**IT IS SO ORDERED**

Date:   January 27, 2026

_____
HONORABLE JOHN F. WALTERS
United States District Court Judge