Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
Annasofia A. Roig (Admitted *Pro Hac Vice*)
annasofia.roig@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Telephone:   214 978 3000
Facsimile:   214 978 3099

Armen Manasserian (State Bar No. 288199)
armen@ml-apc.com
**MANASSERIAN LAW, APC**
35 Hugus Alley, Suite 210
Pasadena, CA 91103
Telephone:   626 469 0500
Facsimile:   626 469 0510

Attorneys for Plaintiffs, Coronitas Holdings, LLC, and Wolverine Endeavors VIII, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>1023 MONTEREY INVESTORS LLC, et al.,<br><br>Defendants. | Case No. 2:25-cv-11946-JFW-SK<br><br>Complaint Filed: December 17, 2025<br><br>**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT CAROLE D. KING'S MOTION FOR RECOGNITION OF STATE-COURT APPOINTMENT OF GUARDIAN AT LITEM [ECF 38]**<br><br>Date:  March 9, 2026<br>Time: 1:30 pm<br>Courtroom: 7A – 7th Floor<br>U.S. Courthouse – 350 W. First Street<br>Los Angeles, CA 90012<br>Before the Honorable John F. Walter<br>Trial Date: None |

Plaintiffs Coronitas Holdings, LLC and Wolverine Endeavors, VIII, LLC ("Plaintiffs") by and through the undersigned counsel, hereby file this Notice of Non-Opposition to Defendant Carole D. King's ("Defendant") Motion for Recognition of State-Court Appointment of Guardian Ad Litem Pursuant to Federal Rule of Civil Procedure 17(c)(1), which was filed on February 4, 2026 [ECF 38] ("the Motion").

Plaintiffs initially note that Defendant failed to comply with Local Civil Rule 7 requiring Defendant to contact Plaintiffs' counsel to hold a conference in order to discuss thoroughly the substance of the contemplated motion and any potential resolution. Consequently, Defendant did not initiate the filing of the joint statement relating to the conference of counsel prior to filing of motions, as required by the Court's Standing Order of December 29, 2025, Page 9 [ECF 10].

Plaintiffs take no position relating to Defendant's Motion. Accordingly, if the Court decides to grant this Motion, Plaintiffs respectfully assert that they reserve the rights and objections to any proceeding involving the Guardian at Litem as if the proceeding were undertaken by Defendant Carole D. King.

Dated: February 13, 2026

BAKER McKENZIE LLP

By: */s/ Nicholas O. Kennedy*
Nicholas O. Kennedy
Annasofia A. Roig
  (Admitted *Pro Hac Vice*)

MANASSERIAN LAW, APC
Armen Manasserian

Attorneys for Plaintiffs,
Coronitas Holdings, LLC, and
Wolverine Endeavors VIII, LLC