**SKT LAW, P.C.**
Eliot F. Krieger (SBN 159647) ekrieger@skt.law
Heidi Stilb Lewis, (SBN 98046) hlewis@skt.law
Maren B. Hufton (SBN 235445) mhufton@skt.law
7755 Center Avenue, Suite 1225
Huntington Beach, CA 92647
(949) 523-3333 Telephone | (949) 523-3003 Facsimile

*Attorneys for Defendants John E. King and Carole D. King, individually and as trustees of the John and Carole King Family Trust dated April 20, 2006, the John and Carole King Family Trust dated April 20, 2006, Black Chaps, LLC, Michael Nelson, and Lana Lucas*

(Additional Attorneys on page 3)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

|  |  |
|---|---|
| CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company, | CASE NO.  2:25-cv-11946-JFW-SK |
|  | Judge John F. Walter |
| Plaintiff, | **RULE 7-3 CONFERENCE JOINT STATEMENT** |
| vs. |  |
| 1023 MONTEREY INVESTORS LLC, a California limited liability company; 1035 MONTEREY INVESTORS LLC, a California limited liability company; A.J. SPURS, INC., BUELLTON, a California corporation; ADDIE STREET LAND GROUP LP, a California limited partnership; AKRO REAL ESTATE PARTNERS LLC, a California limited liability company; APPLE FARM COLLECTIONS-SLO, INC., a California corporation; BLACK CHAPS LLC, a California limited liability company; BOUTIQUE HOTEL COLLECTION, INC., a California corporation; DISTINCTIVE RESORTS, INC., a California corporation; CLIFFS RESORT LLC, a California limited liability |  |

Joint Statement of Plaintiffs, John E. King Defendants and JGK Defendants

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1225
HUNTINGTON BEACH, CALIFORNIA  92647
T: (949) 523-3333 | F: (949) 523-3003

company; FERNWOOD RESORT,
LLC, a California limited liability
company; HIGUERA BREW LLC,
a California limited liability
company; JGK CONSTRUCTION
LLC, a California limited liability
company; CAROLE D. KING, an
individual; CAROLE D. KING, as
Trustee of the JOHN AND
CAROLE KING FAMILY TRUST,
DATED APRIL 20, 2006; JOHN
G. KING, an individual; JOHN G.
KING, as Trustee of the JG KING
LIVING TRUST, DATED
FEBRUARY 25, 2021; JOHN E.
KING, an individual; JOHN E.
KING, as Trustee of the JOHN
AND CAROLE KING FAMILY
TRUST, DATED APRIL 20, 2006;
LANA LUCAS, an individual; LOS
LOBOS INVESTMENTS LLC, a
California limited liability
company; PAUL G. METCHIK, an
individual; MISSION GROVE
ASSOCIATES, a California general
partnership; MONTALBAN
STREET GROUP, a California
general partnership; MICHAEL
NELSON, an individual; ORKA
REAL ESTATE PARTNERS LLC,
a California limited liability
company; ROBIN L. ROSSI, an
individual; ROBIN L. ROSSI as
Trustee of THE ROBIN L. ROSSI
LIVING TRUST U/D/T
OCTOBER 19, 1990 a/k/a ROBIN
L. ROSSI LIVING TRUST;
SPANISH VINEYARDS LLC, a
California limited liability
company; SYCAMORE
MINERAL SPRINGS LLC, a
California limited liability
company; THE SEAVENTURE
RESORT, LLC, a California
limited liability company; THE
VINEYARDS AT SPANISH
SPRINGS, LLC, a California
limited liability company; and
DOES 1-100, inclusive,

Defendants.

2

SKT Law, P.C.
7755 Center Avenue, Suite 1225
Huntington Beach, California 92647
T: (949) 523-3333 | F: (949) 523-3003

1  (Additional Attorneys continued from page 1)

2  **BROWN WHITE & OSBORN LLP**
   KENNETH P. WHITE, SBN 173993
3  KARINEH DARBINIAN, SBN 281275
   333 South Hope Street, 40th Floor
4  Los Angeles, CA 90071
   kwhite@brownwhitelaw.com
5  kdarbinian@brownwhitelaw.com
   Tel:  213.613.0500
6  Fax: 213.613.0550

7  *Attorneys for Defendants 1023 Monterey Investors LLC; 1035 Monterey Investors*
   *LLC; A.J. Spurs, INC., Buelton; Addie Street Land Group LP; Akro Real Estate*
8  *Partners LLC; Distinctive Resorts Inc.; Cliffs Resort LLC; Fernwood Resort, LLC;*
   *Higuera Brew LLC; JGK Construction LLC; John G. King, Individually and as*
9  *Trustee of the JG King Living Trust, Dated February 25, 2021; Los Lobos*
   *Investments LLC; Mission Grove Associates; Montalban Street Group; Spanish*
10 *Vineyards LLC; Sycamore Mineral Springs LLC; The Seaventure Resort, LLC; The*
   *Vineyards At Spanish Springs, LLC*

11

12 **BAKER & McKENZIE LLP**
   Nicholas O. Kennedy (SBN 280504)
13 Annasofia A. Roig (Admitted *Pro Hac Vice*)
   1900 North Pearl Street, Suite 1500
14 Dallas, TX 75201
   Telephone: (214) 978-3000
15 Facsimile: (214) 978-3099
   nicholas.kennedy@bakermckenzie.com
16 annasofia.roig@bakermckenzie.com

17 *Attorneys for Plaintiffs Coronitas Holdings, LLC, and Wolverine Endeavors VIII,*
   *LLC*

18

19

20

21

22

23

24

25

26

27

28

SKT Law, P.C.
7755 Center Avenue, Suite 1225
Huntington Beach, California  92647
T: (949) 523-3333 | F: (949) 523-3003

Joint Statement of Plaintiffs, John E. King Defendants and JGK Defendants

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1225
HUNTINGTON BEACH, CALIFORNIA 92647
T: (949) 523-3333 | F: (949) 523-3003

1    Defendants John E. King and Carole D. King, individually and as trustees of

2    the John and Carole King Family Trust dated April 20, 2006, the John and Carole

3    King Family Trust dated April 20, 2006, Black Chaps, LLC, Michael Nelson, and

4    Lana Lucas (collectively the "John E. King Defendants"), Defendants 1023

5    Monterey Investors LLC; 1035 Monterey Investors LLC; A.J. Spurs, INC.,

6    Buelton; Addie Street Land Group LP; Akro Real Estate Partners LLC; Distinctive

7    Resorts Inc.; Cliffs Resort LLC; Fernwood Resort, LLC; Higuera Brew LLC; JGK

8    Construction LLC; John G. King, Individually and as Trustee of the JG King

9    Living Trust, Dated February 25, 2021; Los Lobos Investments LLC; Mission

10    Grove Associates; Montalban Street Group; Spanish Vineyards LLC; Sycamore

11    Mineral Springs LLC; The Seaventure Resort, LLC; The Vineyards At Spanish

12    Springs, LLC (collectively the "JGK Defendants") and Plaintiffs Coronitas

13    Holdings, LLC, and Wolverine Endeavors VIII, LLC ("Plaintiffs") by and through

14    their respective counsel, hereby submit the following Rule 7-3 Conference Joint

15    Statement as relates to the John E. King Defendants' and JGK Defendants'

16    proposed Rule 12(b)(6) et al. respective motions to dismiss Plaintiffs' Complaint

17    alleging civil Violation of RICO under 18 U.S.C.§ 1962(c) and Conspiracy to

18    Violate RICO under 18 U.S.C.§ 1962(d).

19    On February 18, 2026, at 1:00 p.m. PST, the John E. King Defendants by

20    and through their counsel Eliot E. Krieger, Heidi Stilb Lewis and Maren B. Hufton

21    of SKT LAW, PC and the JGK Defendants by and through their counsel Kenneth

22    White of BROWN WHITE & OSBORN LLP and Plaintiffs by and through their

23    counsel Nicholas Kennedy and Annasofia Roig of BAKER & McKENZIE, LLP

24    (the Dallas, Texas, and Miami, Florida offices) met virtually by ZOOM to discuss

25    the issues that the John E. King Defendants and JGK Defendants (collectively

26    "Defendants") intend to raise by their respective FRCP 12(b)(6) et al. motions to

27    dismiss. Prior to the scheduled Zoom, on February 17, 2026, the John E. King

28    Defendants emailed to Plaintiffs' counsel Nichlas Kenendy and Annasofia Roig

4

1  four Rule 7-3 Conference Outline Letters identifying the issues the John E. King

2  Defendants intend to raise by their motions to dismiss to be filed on February 27,

3  2026, true and correct copies of which are attached hereto collectively as **Exhibit**

4  **A**. On February 17, 2026, the JGK Defendants forwarded to Plaintiffs' counsel an

5  email outlining the issues they intend to raise by their respective motions to

6  dismiss to be filed on February 27, 2026, a true and correct copy of which is

7  attached hereto as **Exhibit B**.

8       During the Zoom meeting, which lasted more than 30 minutes, the parties

9  discussed the issues and arguments raised in the letters and email setting forth

10  Defendants' proposed motions. Counsel for Defendants informed counsel for

11  Plaintiffs that Defendants might assert arguments identified in their co-Defendants'

12  communications, and Counsel for Plaintiffs acknowledged that possibility. All

13  counsel mutually agreed that the discussion was sufficient to exhaust any

14  possibility that the Complaint might be amended to avoid the proposed motions to

15  dismiss, and that all counsel had been provided fair and adequate opportunity to

16  make any arguments or suggestions they sought to make.

17       Therefore, the issues discussed during the conference as summarized in the

18  attached correspondence remain in dispute.

19       Counsel agreed they would stipulate to a briefing schedule for the motions.

20

21  Dated: February 20, 2026          By: _____

22                                         **SKT LAW, P.C.**
                                           Eliot F. Krieger
23                                         Attorneys for Defendants John E.
                                           King and Carole D. King, individually
24                                         and as trustees of the John and Carole
                                           King Family Trust dated April 20,
25                                         2006, the John and Carole King
                                           Family Trust dated April 20, 2006,
26                                         Black Chaps, LLC, Michael Nelson,
                                           and Lana Lucas

27

28

*(additional signatures on the next page)*

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1225
HUNTINGTON BEACH, CALIFORNIA 92647
T: (949) 523-3333 | F: (949) 523-3003

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1225
HUNTINGTON BEACH, CALIFORNIA 92647
T: (949) 523-3333 | F: (949) 523-3003

Dated: February 20, 2026

By: /s/ Kenneth P. White

**BROWN WHITE & OSBORN LLP**
Kenneth P. White
Karineh Darbinian
Attorneys for Defendants 1023 Monterey Investors LLC; 1035 Monterey Investors LLC; A.J. Spurs, INC., Buelton; Addie Street Land Group LP; Akro Real Estate Partners LLC; Distinctive Resorts Inc.; Cliffs Resort LLC; Fernwood Resort, LLC; Higuera Brew LLC; JGK Construction LLC; John G. King, Individually and as Trustee of the JG King Living Trust, Dated February 25, 2021; Los Lobos Investments LLC; Mission Grove Associates; Montalban Street Group; Spanish Vineyards LLC; Sycamore Mineral Springs LLC; The Seaventure Resort, LLC; The Vineyards At Spanish Springs, LLC

Dated: February 20, 2026

By: /s/ Nicholas O. Kennedy

**BAKER & McKENZIE, LLP**
Nicholas O. Kennedy
Annasofia A. Roig
Attorneys for Plaintiffs, Coronitas Holdings, LLC and Wolverine Endeavors, VIII, LLC

Joint Statement of Plaintiffs, John E. King Defendants and JGK Defendants