# EXHIBIT B

**Min Kim**

| | |
|---|---|
| **From:** | Min Kim |
| **Sent:** | Thursday, February 19, 2026 11:03 AM |
| **To:** | Min Kim |
| **Subject:** | FW: [EXTERNAL] Meet and Confer re Re: Coronitas Holdings, LLC et. al. v. 1023 Monterey Investors, LLC et. al. Case No. 2:25-cv-11946-JFW-SK |
| **Importance:** | High |

**From:** Kenneth White <kwhite@brownwhitelaw.com>
**Sent:** Tuesday, February 17, 2026 4:42:26 PM
**To:** Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>; Annasofia.Roig@bakermckenzie.com <Annasofia.Roig@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Meet and Confer re Re: Coronitas Holdings, LLC et. al. v. 1023 Monterey Investors, LLC et. al. Case No. 2:25-cv-11946-JFW-SK

Nick:

Here is a summary of the arguments I will be making in our Rule 12()b)(1) and (b)(6) motion to dismiss on behalf of my clients. This summary is at a level of specificity informed by both Local Rule 7-3 and Judge Walter's standing order about his expectations. If you think it would be productive I could share it with Eliot and Heidi so we are not doubling up any parallel arguments during the call.

1.      The Noerr-Pennington Doctrine: It's our position that the RICO claims are barred by the Noerr-Pennington doctrine because a substantial portion of the basis of the claims is petitioning conduct protected by the First Amendment. The Complaint at ¶¶ 14, 52, 112, 136, 137-148, 152-154 contains numerous examples of petitioning activity before various Courts being offered as a basis for RICO liability. Those who petition the government are "generally immune from statutory liability for their petitioning conduct." Sosa v. DIRECTV, Inc., 437 F.3d 923, 929 (9th Cir.2006). Specifically, the First Amendment protects the right to bring collections lawsuits as a form of petitioning the government. Ad Visor, Inc. v. Pacific Tel. and Tel. Co., 640 F.2d 1107, 1110 (9th Cir. 1981) ("In sum, Berry's state court collection suits are fully protected under its First Amendment right "to petition the government (the judiciary) for redress of private grievances . . . .").

2.      It's our position that based on recent authority a RICO claim cannot be assigned, and even if it could be, the assignments here were insufficient to assign one, meaning plaintiffs lack standing. See., e.g., MSP Recovery Claims, Series LLC v. Actelion Pharms. US, Inc., No. 3:22-CV-07604-JSC, 2024 WL 3408221, at *15 (N.D. Cal. July 12, 2024).

3.      It's our position the complaint does not adequately allege a RICO enterprise, in that it does not allege sufficiently that the defendants are associated for reasons other than their own business practices, and does not sufficiently attribute acts to each defendant for that purpose. See, e.g., Downeys Hyundai, Inc. v. Amin, No. 5:25-CV-00357-MRA-DTB, 2025 WL 3692156, at *4 (C.D. Cal. Dec. 16, 2025).

4. It's our position that the complaint does not adequately and specifically allege the racketeering activity of each defendant, as required, especially for the fraud claims. Downeys Hyundai at * 6; Comm. to Protect our Agric. Water v. Occidental Oil & Gas Corp., 235 F. Supp. 3d 1132, 1177 (E.D. Cal. 2017).

5. The RICO conspiracy claim cannot survive if the Court dismisses the substantive claim. Howard v. America Online, Inc., 208 F.3d 741, 751 (9th Cir. 2000).

Ken White


Get [Outlook for iOS](#)

---

**From:** Kennedy, Nicholas <Nicholas.Kennedy@bakermckenzie.com>
**Sent:** Tuesday, February 17, 2026 1:19:18 PM
**To:** Kenneth White <kwhite@brownwhitelaw.com>; Eliot F. Krieger <ekrieger@skt.law>
**Cc:** Heidi Lewis <hlewis@skt.law>; Min Kim <mkim@skt.law>; Maren Hufton <mhufton@skt.law>; Roig, Annasofia <Annasofia.Roig@bakermckenzie.com>
**Subject:** Re: [EXTERNAL] Meet and Confer re Re: Coronitas Holdings, LLC et. al. v. 1023 Monterey Investors, LLC et. al. Case No. 2:25-cv-11946-JFW-SK

> **CAUTION:** Email originated outside the firm.

Tomorrow at 1 Pacific works for me. And I'm happy to speak with whoever would like to join. Please circulate an invite and include my colleague Annasofia (copied) along with me.

Best,

Nick

_____

Nick Kennedy
Baker McKenzie
Office: 214-978-3081
Cell: 817-999-5568

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

---

**From:** Kenneth White <kwhite@brownwhitelaw.com>
**Sent:** Tuesday, February 17, 2026 2:59:40 PM
**To:** Eliot F. Krieger <ekrieger@skt.law>; Kennedy, Nicholas <nicholas.kennedy@bakermckenzie.com>
**Cc:** Heidi Lewis <hlewis@skt.law>; Min Kim <mkim@skt.law>; Maren Hufton <mhufton@skt.law>
**Subject:** Re: [EXTERNAL] Meet and Confer re Re: Coronitas Holdings, LLC et. al. v. 1023 Monterey Investors, LLC et. al. Case No. 2:25-cv-11946-JFW-SK