**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 25-11946-JFW(SKx)** | Date: February 24, 2026 |
| Title: | Coronitas Holdings, LLC. et al. -v- 1023 Monterey Investors, LLC, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** ORDER GRANTING DEFENDANT CAROLE D. KING'S MOTION FOR RECOGNITION OF STATE-COURT APPOINTMENT OF GUARDIAN AD LITEM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 17(c)(1) [filed 2/4/2026; Docket No. 38]

On February 4, 2026, Defendant Carole D. King filed a Motion for Recognition of State-Court appointment of Guardian Ad Litem Pursuant to Federal Rule of Civil Procedure 17(c)(1). On February 13, 2026, Plaintiffs Coronitas Holdings, LLC and Wolverine Endeavors VIII, LLC (collectively, "Plaintiffs") filed their Notice of Non-Opposition. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for March 9, 2026 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, and Plaintiffs' non-opposition, the Court rules as follows:

For the reasons stated in Defendant Carole D. King's moving papers and in light of Plaintiffs' non-opposition, Defendant Carole D. King's Motion is **GRANTED**. The Court signs the Proposed Order Recognizing State-Court Appointment of Guardian Ad Litem Pursuant to Federal Rule of Civil Procedure 17(c)(1) lodged with the Court on February 4, 2026 (Docket No. 38-4).

IT IS SO ORDERED.