Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
A. Alexander Lowder (SBN 269362)
alowder@larsonllp.com
Elizabeth Christianson (SBN 346406)
echristianson@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile:  (213) 623-2000

Attorneys for Defendant Paul G. Metchik

Nicholas O. Kennedy (SBN 280504)
nicholas.kennedy@bakermckenzie.com
Annasofia A. Roig (Admitted *Pro Hac Vice*)
annasofia.roig@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile:  (214) 978-3099

Attorneys for Plaintiffs Coronitas Holdings, LLC, and Wolverine Endeavors VIII, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>1023 MONTEREY INVESTORS LLC, a California limited liability company; 1035 MONTEREY INVESTORS LLC, a California limited liability company; A.J. SPURS, INC., BUELLTON, a California corporation; ADDIE STREET LAND GROUP LP, a California limited partnership; AKRO REAL ESTATE PARTNERS LLC, a California limited liability company; APPLE FARM COLLECTIONS-SLO, INC., a California corporation; BLACK CHAPS LLC, a California limited liability company; BOUTIQUE HOTEL COLLECTION, | Case No. 2:25-cv-11946-JFW-SK<br><br>**RULE 7-3 CONFERENCE JOINT STATEMENT**<br><br>Judge:  Hon. John F. Walter<br><br>Action Filed:  December 17, 2025<br>Trial Date:  Not Set |

LARSON
LOS ANGELES

RULE 7-3 CONFERENCE JOINT STATEMENT OF PLAINTIFFS AND DEFENDANT PAUL G. METCHIK

| | |
|---|---|
| 1 | INC., a California corporation; DISTINCTIVE RESORTS, INC., a |
| 2 | California corporation; CLIFFS RESORT LLC, a California limited liability |
| 3 | company; FERNWOOD RESORT, LLC, a California limited liability company; |
| 4 | HIGUERA BREW LLC, a California limited liability company; JGK |
| 5 | CONSTRUCTION LLC, a California limited liability company; CAROLE D. |
| 6 | KING, an individual; CAROLE D. KING, as Trustee of the JOHN AND CAROLE |
| 7 | KING FAMILY TRUST, DATED APRIL 20, 2006; JOHN G. KING, an individual; |
| 8 | JOHN G. KING, as Trustee of the JG KING LIVING TRUST, DATED |
| 9 | FEBRUARY 25, 2021; JOHN E. KING, an individual; JOHN E. KING, as Trustee |
| 10 | of the JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, |
| 11 | 2006; LANA LUCAS, an individual; LOS LOBOS INVESTMENTS LLC, a |
| 12 | California limited liability company; PAUL G. METCHIK, an individual; |
| 13 | MISSION GROVE ASSOCIATES, a California general partnership; |
| 14 | MONTALBAN STREET GROUP, a California general partnership; MICHAEL |
| 15 | NELSON, an individual; ORKA REAL ESTATE PARTNERS LLC, a California |
| 16 | limited liability company; ROBIN L. ROSSI, an individual; ROBIN L. ROSSI |
| 17 | as Trustee of THE ROBIN L. ROSSI LIVING TRUST U/D/T OCTOBER 19, |
| 18 | 1990 a/k/a ROBIN L. ROSSI LIVING TRUST; SPANISH VINEYARDS LLC, a |
| 19 | California limited liability company; SYCAMORE MINERAL SPRINGS LLC, |
| 20 | a California limited liability company; THE SEAVENTURE RESORT, LLC, a |
| 21 | California limited liability company; THE VINEYARDS AT SPANISH SPRINGS, |
| 22 | LLC, a California limited liability company; and DOES 1-100, inclusive, |
| 23 | Defendants. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LARSON
LOS ANGELES

2
RULE 7-3 CONFERENCE JOINT STATEMENT OF PLAINTIFFS AND DEFENDANT PAUL G. METCHIK

Defendant Paul G. Metchik ("Defendant" or "Metchik") and Plaintiffs Coronitas Holdings, LLC, and Wolverine Endeavors VIII, LLC ("Plaintiffs") by and through their respective counsel, hereby submit the following Rule 7-3 Conference Joint Statement as relates to Metchik's proposed Rule 12(b)(6) motion to dismiss and proposed Rule 12(f) motion to strike ("Proposed Motions") Plaintiffs' Complaint alleging two claims for civil violations of RICO under 18 U.S.C. § 1962(c), (d).

On February 26, 2026, at 11:00 a.m. PST, Defendant by and through his counsel A. Alexander Lowder and Elizabeth Christianson of LARSON LLP and Plaintiffs by and through their counsel Nicholas Kennedy and Annasofia Roig of BAKER & McKENZIE, LLP (the Dallas, Texas, and Miami, Florida, offices) met virtually by Microsoft Teams videoconference to discuss the issues that Metchik intends to raise by his Rule 12(b)(6) and Rule 12(f) motion to dismiss and motion to strike.

Prior to the scheduled Teams meeting, on February 24, 2026, Defendant emailed to Plaintiffs' counsel Nicholas Kennedy and Annasofia Roig his Rule 7-3 Conference Outline Letter identifying the issues Defendant intends to raise by his motion to dismiss and motion to strike currently due to be filed on March 6, 2026, a true and correct copy of which is attached hereto as **Exhibit A**.

During the Teams meeting, which lasted 30 minutes, the parties discussed the issues and arguments raised in the letter setting forth Defendant's proposed motions. In good faith, counsel discussed their respective positions as to each of the issues identified in Rule 7-3 Conference Outline Letter. At various points counsel sought clarification of their respective positions in an effort to determine whether a resolution could be reached as to any issue. Despite counsel's good faith efforts, a resolution could not be reached. At the conclusion of the conference, all counsel mutually agreed that the discussion was sufficient to exhaust any possibility of an informal resolution of any of the issues Metchik intends to raise in his motion to

dismiss.

Therefore, the issues discussed during the conference as summarized in the attached correspondence remain in dispute.

DATED: February 27, 2026       LARSON LLP
                               Attorneys for Defendant
                               Paul G. Metchik


                               By:    */s/ A. Alexander Lowder*
                                      Stephen G. Larson
                                      A. Alexander Lowder
                                      Elizabeth Christianson

DATED: February 27, 2026       BAKER & McKENZIE, LLP
                               Attorneys for Plaintiffs
                               Coronitas Holdings, LLC and
                               Wolverine Endeavors, VIII, LLC


                               By:    */s/ Nicholas O. Kennedy*
                                      Nicholas O. Kennedy
                                      Annasofia A. Roig