**SKT LAW, P.C.**
Eliot F. Krieger (SBN 159647) ekrieger@skt.law
Heidi Stilb Lewis, (SBN 98046) hlewis@skt.law
Maren B. Hufton (SBN 235445) mhufton@skt.law
7755 Center Avenue, Suite 1225
Huntington Beach, CA 92647
(949) 523-3333 Telephone | (949) 523-3003 Facsimile

*Attorneys for Defendants John E. King and Carole D. King, individually and as trustees of the John and Carole King Family Trust dated April 20, 2006, the John and Carole King Family Trust dated April 20, 2006, Black Chaps, LLC, Boutique Hotel Collection, Inc., Michael Nelson, and Lana Lucas*

**BAKER & McKENZIE LLP**
Nicholas O. Kennedy (SBN 280504)
Annasofia A. Roig (Admitted *Pro Hac Vice*)
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
nicholas.kennedy@bakermckenzie.com
annasofia.roig@bakermckenzie.com

*Attorneys for Plaintiffs Coronitas Holdings, LLC, and Wolverine Endeavors VIII, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>1023 MONTEREY INVESTORS LLC, a California limited liability company; 1035 MONTEREY INVESTORS LLC, a California limited liability company; A.J. SPURS, INC., BUELLTON, a California corporation; ADDIE STREET LAND GROUP LP, a California limited partnership; AKRO REAL ESTATE | CASE NO. 2:25-cv-11946-JFW-SK<br><br>Judge John F. Walter<br><br>**RULE 7-3 CONFERENCE JOINT STATEMENT** |

1

Joint Statement of Plaintiffs and Defendant Boutique Hotel Collection

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1225
HUNTINGTON BEACH, CALIFORNIA 92647
T: (949) 523-3333 | F: (949) 523-3003

| | |
|---|---|
| 1 | PARTNERS LLC, a California limited liability company; APPLE |
| 2 | FARM COLLECTIONS-SLO, INC., a California corporation; |
| 3 | BLACK CHAPS LLC, a California limited liability company; |
| 4 | BOUTIQUE HOTEL COLLECTION, INC., a California |
| 5 | corporation; DISTINCTIVE RESORTS, INC., a California |
| 6 | corporation; CLIFFS RESORT LLC, a California limited liability |
| 7 | company; FERNWOOD RESORT, LLC, a California limited liability |
| 8 | company; HIGUERA BREW LLC, a California limited liability |
| 9 | company; JGK CONSTRUCTION LLC, a California limited liability |
| 10 | company; CAROLE D. KING, an individual; CAROLE D. KING, as |
| 11 | Trustee of the JOHN AND CAROLE KING FAMILY TRUST, |
| 12 | DATED APRIL 20, 2006; JOHN G. KING, an individual; JOHN G. |
| 13 | KING, as Trustee of the JG KING LIVING TRUST, DATED |
| 14 | FEBRUARY 25, 2021; JOHN E. KING, an individual; JOHN E. |
| 15 | KING, as Trustee of the JOHN AND CAROLE KING FAMILY |
| 16 | TRUST, DATED APRIL 20, 2006; LANA LUCAS, an individual; LOS |
| 17 | LOBOS INVESTMENTS LLC, a California limited liability |
| 18 | company; PAUL G. METCHIK, an individual; MISSION GROVE |
| 19 | ASSOCIATES, a California general partnership; MONTALBAN |
| 20 | STREET GROUP, a California general partnership; MICHAEL |
| 21 | NELSON, an individual; ORKA REAL ESTATE PARTNERS LLC, |
| 22 | a California limited liability company; ROBIN L. ROSSI, an |
| 23 | individual; ROBIN L. ROSSI as Trustee of THE ROBIN L. ROSSI |
| 24 | LIVING TRUST U/D/T OCTOBER 19, 1990 a/k/a ROBIN |
| 25 | L. ROSSI LIVING TRUST; SPANISH VINEYARDS LLC, a |
| 26 | California limited liability company; SYCAMORE |
| 27 | MINERAL SPRINGS LLC, a California limited liability |
| 28 | company; THE SEAVENTURE |

2

Joint Statement of Plaintiffs and Defendant Boutique Hotel Collection

| | |
|---|---|
| RESORT, LLC, a California limited liability company; THE VINEYARDS AT SPANISH SPRINGS, LLC, a California limited liability company; and DOES 1-100, inclusive,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Defendant Boutique Hotel Collection, Inc. and Plaintiffs Coronitas Holdings, LLC, and Wolverine Endeavors VIII, LLC by and through their respective counsel, hereby submit the following Rule 7-3 Conference Joint Statement as relates to Boutique Hotel Collection, Inc.'s Rule 12(b)(6) et al., motion to dismiss Plaintiffs' Complaint alleging Civil Violation of RICO under 18 U.S.C.§ 1962(c) and Conspiracy to Violate RICO under 18 U.S.C.§ 1962(d).

On February 26, 2026, at 1:00 p.m. PST, the Boutique Hotel Collection, Inc. through its counsel Eliot E. Krieger, Heidi Stilb Lewis and Maren B. Hufton of SKT LAW, PC and Plaintiffs by and through their counsel Nicholas Kennedy and Annasofia Roig of BAKER & McKENZIE, LLP (the Dallas, Texas, and Miami, Florida, offices) and Armen Manasserian met virtually by Microsoft Teams videoconference to discuss the issues that Boutique Hotel Collection Inc. intends to raise by its FRCP 12(b)(6) et al. motion to dismiss.[1]  Prior to the scheduled Teams conference, on February 24, 2026, Boutique Hotel Collection emailed to Plaintiffs' counsel Nicholas Kennedy and Annasofia Roig its Rule 7-3 Conference Outline Letter identifying the issues Boutique Hotel Collection intends to raise by its motion to dismiss to be filed on March 13, 2026. A true and correct copy of the letter is attached hereto as **Exhibit A**.

---

[1] This meeting was held at the same time as the Rule 7-3 Conference between Plaintiffs' counsel and Margaret E. Dayton and Jonas Mann of Umhoffer, Mitchell & King LLP, attorneys for Defendants ORKA Real Estate Partners LLC, Apple Farm Collections-SLO Inc and Robin L. Rossi, as there were many overlapping issues.

During the Teams meeting, which lasted approximately 45 minutes, the parties discussed the issues and arguments raised in the letter and email setting forth Defendant's proposed motion. Counsel for Defendant informed counsel for Plaintiffs that Defendant might assert arguments identified in their co-Defendants' communications, and Counsel for Plaintiffs acknowledged that possibility. All counsel mutually agreed that the discussion was sufficient to exhaust any possibility that the Complaint might be amended to avoid the proposed motions to dismiss, and that all counsel had been provided fair and adequate opportunity to make any arguments or suggestions they sought to make.

Therefore, the issues discussed during the conference as summarized in the attached correspondence remain in dispute.

Dated: February 27, 2026        By: _____

**SKT LAW, P.C.**
Eliot F. Krieger
Attorneys for Defendants John E. King and Carole D. King, individually and as trustees of the John and Carole King Family Trust dated April 20, 2006, the John and Carole King Family Trust dated April 20, 2006, Black Chaps, LLC, Michael Nelson, and Lana Lucas

Dated: February 27, 2026        By:   /s/ *Nicholas O. Kennedy*

**BAKER & McKENZIE, LLP**
Nicholas O. Kennedy
Annasofia A. Roig
Attorneys for Plaintiffs, Coronitas Holdings, LLC and Wolverine Endeavors, VIII, LLC