**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>1023 MONTEREY INVESTORS LLC, et al.,<br><br>Defendants. | Case No. 2:25-cv-11946-JFW-SKx<br><br>Complaint Filed: December 17, 2025<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AND SETTING BRIEFING SCHEDULE** |

**ORDER**

The Court, having considered the Parties' Stipulation to extend the hearing date and briefing schedule on Defendants' forthcoming motions to dismiss and finding good cause shown, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants ORKA Real Estate Partners LLC, Apple Farm Collections-SLO, Inc., Robin L. Rossi in all capacities, Paul G. Metchik, and Boutique Hotel Collection, Inc., shall answer, move to dismiss, or otherwise respond to the Complaint on or before March 13, 2026.

2. Plaintiffs' consolidated responses/oppositions to all motions to dismiss shall be filed by April 27, 2026.

3. Defendants' replies in support of their motions to dismiss shall be filed by May 18, 2026.

4. The hearing on all Defendants' motions to dismiss shall take place on June 1, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 26, 2026

_____
The Honorable John F. Walter
United States District Judge