BROWN WHITE & OSBORN LLP
KENNETH P. WHITE, SBN 173993
KARINEH DARBINIAN, SBN
333 South Hope Street, 40th Floor
Los Angeles, CA 90071
kwhite@brownwhitelaw.com
kdarbinian@brownwhitelaw.com
Tel.: 213.613.0550
Fax: 213.613.0550

Attorneys for Defendants 1023 Monterey Investors LLC; 1035 Monterey Investors LLC; A.J. Spurs, INC., Buelton; Addie Street Land Group LP; Akro Real Estate Partners LLC; Distinctive Resorts, Inc.; Cliffs Resort LLC; Fernwood Resort, LLC; Higuera Brew LLC; JGK Construction LLC; John G. King, Individually and as Trustee of the JG King Living Trust, Dated February 25, 2021; Los Lobos Investments LLC; Mission Grove Associates; Montalban Street Group; Spanish Vineyards LLC; Sycamore Mineral Springs LLC; The Seaventure Resort, LLC; The Vineyards At Spanish Springs, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>1023 MONTEREY INVESTORS LLC, a California limited liability company; 1035 MONTEREY INVESTORS LLC, a California limited liability company; A.J. SPURS, INC., BUELLTON, a California corporation; ADDIE STREET LAND GROUP LP, a California limited partnership; AKRO REAL ESTATE PARTNERS LLC, a California limited liability company; APPLE FARM COLLECTIONS-SLO, INC., a California corporation; BLACK CHAPS LLC, a California limited liability company; BOUTIQUE HOTEL COLLECTION, INC., a California corporation; DISTINCTIVE RESORTS, INC., a California corporation; CLIFFS RESORT LLC, a California limited liability company; FERNWOOD RESORT, LLC, a California limited liability company; | CASE NO.  2:25-cv-11946-JFW-SK<br><br>**AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1), 12(b)(6),12(b)(7)**<br>*[AMENDED TO ADD HYPERLINKS TO CITES]*<br><br>[*Concurrently filed herewith: Notice of Motion and Motion To Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(6), 12(b)7*]<br><br>Date:    June 1, 2026<br>Time:    1:30 p.m.<br>Court:   Courtroom 7A |

1

AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT

HIGUERA BREW LLC, a California limited liability company; JGK CONSTRUCTION LLC, a California limited liability company; CAROLE D. KING, an individual; CAROLE D. KING, as Trustee of the JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, 2006; JOHN G. KING, an individual; JOHN G. KING, as Trustee of the JG KING LIVING TRUST, DATED FEBRUARY 25, 2021; JOHN E. KING, an individual; JOHN E. KING, as Trustee of the JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, 2006; LANA LUCAS, an individual; LOS LOBOS INVESTMENTS LLC, a California limited liability company; PAUL G. METCHIK, an individual; MISSION GROVE ASSOCIATES, a California general partnership; MONTALBAN STREET GROUP, a California general partnership; MICHAEL NELSON, an individual; ORKA REAL ESTATE PARTNERS LLC, a California limited liability company; ROBIN L. ROSSI, an individual; ROBIN L. ROSSI as Trustee of THE ROBIN L. ROSSI LIVING TRUST U/D/T OCTOBER 19, 1990 a/k/a ROBIN L. ROSSI LIVING TRUST; SPANISH VINEYARDS LLC, a California limited liability company; SYCAMORE MINERAL SPRINGS LLC, a California limited liability company; THE SEAVENTURE RESORT, LLC, a California limited liability company; THE VINEYARDS AT SPANISH SPRINGS, LLC, a California limited liability company; and DOES 1-100, inclusive,

       Defendants.

BROWN WHITE & OSBORN LLP

2

AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201(b), Defendants 1023 Monterey Investors LLC; 1035 Monterey Investors LLC; A.J. Spurs, INC., Buelton; Addie Street Land Group LP; Akro Real Estate Partners LLC; Distinctive Resorts, Inc.; Cliffs Resort LLC; Fernwood Resort, LLC; Higuera Brew LLC; JGK Construction LLC; John G. King, Individually and as Trustee of the JG King Living Trust, Dated February 25, 2021; Los Lobos Investments LLC; Mission Grove Associates; Montalban Street Group; Spanish Vineyards LLC; Sycamore Mineral Springs LLC; The Seaventure Resort, LLC; The Vineyards At Spanish Springs, LLC ("Defendants") hereby respectfully request that the Court take judicial notice of the following documents in support of their motion to dismiss Plaintiff's Complaint.

The attached records described below are publicly filed federal court records. It is well-established that courts may take judicial notice of such records. *Harris v. County of Orange*, 682 F.3d 1126, 1131-32 (9th Cir. 2012) ("We may take judicial notice of undisputed matters of public record, including documents on file in federal or state courts."); *Porter v. Ollison* (9th Cir. 2010) 620 F.3d 952, 955 ("Judicial notice is taken of the court documents in the state court proceedings."); *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (judicial notice of federal court documents is appropriate); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo*, 971 F.2d 244, 248 (9th Cir.1992) ("[W]e 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.' ").

1. Attached hereto as **Exhibit A** is a true and correct copy of the Amended Involuntary Bankruptcy Petition filed by Wolverine Endeavors VIII, LLC ("Wolverine") against the individual Carole D. King on or about November 15, 2022, in United States Bankruptcy Court Central District of California Case No: 9:22-bk-10673-RC whereby in the Exhibit 2 thereto, entitled "Agreement of Sale

AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT

and Purchase of Judgment and Judgment Lien" it states in relevant part the following:

In section D thereto, Buyer (Wolverine) agreed to provide Seller (East West Bank) the following consideration for the purchase of the EWB judgment against Carole D. King: "One Thousand Dollars ($1,000) …"

In section  A 1 thereto, it states: "the sale and purchase of the Judgment shall be conditioned upon : the Buyer having forty (40) days after the date that both Seller and Buyer execute this Agreement ('Due Diligence Period') within which to perform a due diligence review of such documents and information of its choosing relating to the Judgment…."

DATED:   April 10, 2026

Respectfully submitted,

BROWN WHITE & OSBORN LLP


By   s/Kenneth P. White

KENNETH P. WHITE
KARINEH DARBINIAN
Attorneys for Defendants
1023 Monterey Investors LLC; 1035 Monterey Investors LLC; A.J. Spurs, Inc., Buelton; Addie Street Land Group LP; Akro Real Estate Partners LLC; Distinctive Resorts, Inc.; Cliffs Resort LLC; Fernwood Resort, LLC; Higuera Brew LLC; JGK Construction LLC; John G. King, Individually and as Trustee of the JG King Living Trust, Dated February 25, 2021; Los Lobos Investments LLC; Mission Grove Associates; Montalban Street Group; Spanish Vineyards LLC; Sycamore Mineral Springs LLC; The Seaventure Resort, LLC; The Vineyards At Spanish Springs, LLC

AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT

# EXHIBIT A

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): 9:22-bk-10673-RC    Chapter 7

☒ Check if this is an amended filing

## AMENDED

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's full name**

Carole
First name

D.
Middle name

King
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☐ Unknown

xxx – xx – 7 2 0 8    OR    **9** xx – xx – ____ ____ ____ ____

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

Unknown

9 5 _ 3 1 7 5 8 9 9 (dba King Ventures)
EIN

___ ___ – ___ ___ ___ ___ ___ ___
EIN

---

Official Form 105      **Amended** Involuntary Petition Against an Individual      page **1**

Debtor    Carole D. King _____    Case number *(if known)* 9:22-bk-10673-RC _____

| | | |
|---|---|---|
| **6.** **Debtor's address** | **Principal residence** | **Mailing address, if different from residence** |

**Principal residence**

1925 Sydney Street
Number      Street

_____

San Luis Obispo          CA     93401
City                                State    ZIP Code

_____
County

**Mailing address, if different from residence**

_____
Number      Street

_____

_____
City                                State    ZIP Code

**Principal place of business**

_____
Number      Street

_____

_____
City                                State    ZIP Code

_____
County

**7. Type of business**

❑ Debtor does not operate a business

*Check one if the debtor operates a business:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**8. Type of debt**

**Each petitioner believes:**

❑ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

❑ No

☑ Yes. Debtor  John E. King _____  Relationship  Spouse _____

District  Central District of CA __  Date filed  08/31/2022 __  Case number, if known  9:22-bk-10674 __
                                                              MM / DD / YYYY

Debtor _____  Relationship _____

District _____  Date filed _____  Case number, if known_____
                                                        MM / DD / YYYY

Official Form 105          **Amended**  Involuntary Petition Against an Individual          page **2**

Debtor        Carole D. King_____       Case number (*if known*) 9:22-bk-10673-RC_____

| Part 3: | Report About the Case |
|---|---|

**10. Venue**

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No

☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Wolverine Endeavors VIII, LLC | Judgment entered 9/14/11, renewed: 6/21/21 | $ 7,077,693.78 |
|  |  | $ _____ |
|  |  | $ _____ |
|  | Total | $ 7,077,693.78 |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

Debtor    Carole D. King _____    Case number *(if known)* 9:22-bk-10673-RC _____

| Part 4: | Request for Relief |
|---|---|

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

### Petitioners or Petitioners' Representative

✖ _____
Signature of petitioner or representative, including representative's title

**Wolverine Endeavors VIII, LLC**
Printed name of petitioner
By Anthony O'Neill, its Authorized Agent
Date signed   11/15/2022
MM / DD / YYYY

**Mailing address of petitioner**

4629 CASS STREET, SUITE 380
Number    Street

San Diego            CA        92109
City                 State          ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone        _____

Email                _____

**Name and mailing address of petitioner's representative, if any**

Anthony O'Neill
Name

4629 Cass Street, Suite 380
Number    Street

San Diego, CA 92109
City                 State          ZIP Code

### Attorneys

✖   /s/ Jessica L. Bagdanov _____
Signature of attorney

**JESSICA L. BAGDANOV**
Printed name

**BG LAW LLP**
Firm name, if any

21650 Oxnard Street, Suite 500
Number    Street

Woodland Hills            CA        91367
City                 State          ZIP Code

Date signed   11/15/2022
MM / DD / YYYY

Contact phone 818-827-9000      Email jbagdanov@bg.law

Debtor ___Carole D. King_____ Case number *(if known)* _9:22-bk-10673-RC_____

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name of petitioner

Date signed _____
MM / DD / YYYY

**Mailing address of petitioner**

_____
Number    Street

_____
City                          State                    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City            State ZIP Code

✘ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                          State                    ZIP Code

Date signed _____
MM / DD / YYYY

Contact phone _____ Email _____

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name of petitioner

Date signed _____
MM / DD / YYYY

**Mailing address of petitioner**

_____
Number    Street

_____
City                          State                    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                          State                    ZIP Code

✘ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                          State                    ZIP Code

Date signed _____
MM / DD / YYYY

Contact phone _____ Email _____

Official Form 105          **Amended**  Involuntary Petition Against an Individual                    page **5**

STEVEN T. GUBNER – Bar No. 156593
JESSICA L. BAGDANOV – Bar No. 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:      sgubner@bg.law
            jbagdanov@bg.law

Attorneys for Wolverine Endeavors VIII, LLC,
Petitioning Creditor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:22-bk-10673-RC |
| CAROLE D. KING, | Chapter 7 (Involuntary) |
| Alleged Debtor. | **EXHIBIT LIST IN SUPPORT OF AMENDED INVOLUNTARY PETITION** |

| Exhibit | Document Description |
|---|---|
| 1 | Statement Pursuant to Fed. R. Bankr. P. 1003 |
| 2 | Acknowledgment of Assignment of Judgment, filed March 26, 2019 |
| 3 | Corporate Ownership Statement Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4 |

Dated:  November 15, 2022          BG LAW LLP


                                   By:___/s/ Jessica L. Bagdanov_____
                                      JESSICA L. BAGDANOV
                                      Attorneys for Wolverine Endeavors VIII, LLC,
                                      Petitioning Creditor

1

Case 2:22-cv-11046-TFM-C Document 1-5 Filed 04/13/15 Page 33 of 40 Page
ID #:159

# EXHIBIT 1

STEVEN T. GUBNER – Bar No. 156593
JESSICA L. BAGDANOV – Bar No. 281020
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:     sgubner@bg.law
           jbagdanov@bg.law

Attorneys for Wolverine Endeavors VIII, LLC,
Petitioning Creditor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 9:22-bk-10673-RC |
| CAROLE D. KING, | Chapter 7 (Involuntary) |
| Alleged Debtor. | **STATEMENT PURSUANT TO FED. R. BANKR. P. 1003** |

**STATEMENT PURSUANT TO FED. R. BANKR. P. 1003**

I, Anthony O'Neill, declare:

1.      I am over the age of eighteen years and am the authorized agent of Wolverine Endeavors VIII, LLC, the Petitioning Creditor herein ("Petitioning Creditor" or "Wolverine"), the Assignee of record of that certain Judgment entered on September 14, 2011, which Judgment was renewed on June 21, 2021 ("Judgment").

2.      The Judgment was not obtained, or transferred to Petitioning Creditor, for the purpose of commencing this bankruptcy case.

3.      On May 17, 2021, the Judgment was assigned unconditionally to the Petitioning Creditor pursuant to that certain *Agreement for Sale and Purchase of Judgment and Judgment Lien* ("Sale Agreement"), and the *Acknowledgement of Assignment of Judgment Entered September 14, 2011* ("Assignment of Judgment"), filed in Case No. CGC-10-505989, in the Superior Court of the

**EXHIBIT 1**

2

State of California, County of San Francisco, entitled *East West Bank v. John E. King.* True and correct copies of the Sale Agreement, the Assignment of Judgment, as well as the original Judgment and renewal thereto, are collectively attached hereto as **Exhibit 2.**

4. As noted in the Sale Agreement, Wolverine agreed to bear all costs associated with perfection of the Assignment of the Judgment. It is also the responsibility of Wolverine to bear all collection costs, including legal fees. For purposes of full disclosure, to date, Wolverine has expended over $250,000 in costs (legal fees plus hard costs) in its efforts to collect on this Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of November 2022, in ___San Diego___, California.

_____
ANTHONY O'NEILL

3

**EXHIBIT 1**

# EXHIBIT 2

DocuSign Envelope ID: D3F8C415-5CF9-4744-ADB2-71E6CAED6079

## AGREEMENT FOR SALE AND PURCHASE OF JUDGMENT
## AND JUDGMENT LIEN

East West Bank, a California corporation ("Seller") and Wolverine Endeavors VIII, LLC, a California limited liability company, and/or its Designee ("Buyer") enter into this Agreement for Sale and Purchase of Judgment and Judgment Lien (the "Agreement"). Seller and Buyer shall each be hereinafter referred to as a "Party" and collectively as the "Parties". The Agreement shall be effective as of the date upon which the Parties have executed this Agreement (the "Effective Date") with reference to the following:

### RECITALS AND REPRESENTATIONS

1.  Seller is the Judgment Creditor under a judgment entered in the Superior Court of California, County of San Francisco Case No. CGC-10-505989, titled *East West Bank v. John E. King, et al.* (the "Action").

2.  On September 14, 2011, a *Judgment* was entered in the Action in favor of the Seller against John E. King and Carole D. King, jointly and severally, in the principal amount of $5,434,547.68 (the "Judgment", a copy of which is attached hereto as Exhibit 1).

3.  The Seller caused an Abstract of Judgment to be issued on the Judgment and to be recorded on December 6, 2011 as Document No. 2011061888 of the Official Records of the San Luis Obispo County Recorder's Office (a copy of which is attached hereto as Exhibit 2).

4.  Seller so represents to Buyer to induce Buyer into entering into and performing this agreement, that, other than $1,900,000.00 received on or about September 27, 2011 (the "Partial Satisfaction") no monies have been paid on and/or collected on the Judgment.

5.  Seller also represents to Buyer that:

    (i)     Seller is the sole owner of the Judgment and the judgment lien created by the recording of the Abstract of Judgment;

    (ii)    No party other than Seller has any interest in or right to the Judgment;

- 1 -

DocuSign Envelope ID: D3F8C415-5CF9-4744-ADB2-71E6CAED6079

(iii)    The Seller's interest in the Judgment are not subject to any liens or any agreements otherwise affecting such interest;

(iv)    Other than the Partial Satisfaction, Seller has not collected any of the monies owed under the Judgment and has not otherwise forgiven, released, compromised, modified or otherwise extinguished any or all of the monies owed under the Judgment;

(v)    The Seller has not released, modified, subordinated or otherwise extinguished the judgment lien created by the recording of the Abstract of Judgment;

(vi)    There are no Settlement Agreements or Modification Agreements affecting the Judgment or right to collect under the Judgment;

(vii)    The Seller has full authority and power to convey and transfer ownership to Buyer of the Judgment and the judgment lien created by the recording of the Abstract of Judgment, through the execution, notarization and delivery of three (3) copies of an Acknowledgment of Assignment of Judgment, a copy of which is attached hereto as Exhibit 3 (or a revised version of Exhibit 3 containing the name of the Designee of Wolverine Endeavors VIII, LLC);

(viii)    No one has a preexisting right to purchase, or otherwise acquire the Judgment and the judgment lien created by the recording of the Abstract of Judgment; and

(ix)    There are no litigation matters, governmental actions, or other actions affecting the validity and enforceability of the Judgment and the judgment lien created by the recording of the Abstract of Judgment of which Sellers are aware.

6.    Subject to the terms and conditions of this Agreement, Buyer desires to purchase from Seller and Seller desires to sell to Buyer the Judgment through the execution by Seller in front of a Notary and the filing in the action of an original of Exhibit 3.

7.    Seller and Buyer enter into this Agreement to set forth the terms that they have agreed to for the sale and purchase of the Judgment.

- 2 -

DocuSign Envelope ID: D3F8C415-5CF9-4744-ADB2-71E6CAED6079

**AGREEMENT**

A.  Seller will sell to Buyer, and Buyer will purchase from Seller, the Judgment through the execution by Seller in front of a Notary of three (3) copies of the original of Exhibit 3 and the delivery of same to Buyer or Buyer's counsel. The sale and purchase of the Judgment shall be conditioned upon:

1.  Buyer having forty (40) days after the date that both Seller and Buyer execute this Agreement ("Due Diligence Period") within which to perform a due diligence review of such documents and information of its choosing relating to the Judgment and the judgment liens created by the recording of the Abstract Of Judgment, including but not limited to the court file for the lawsuit in which the Judgment has been filed;

2.  Buyer providing to the Seller in writing not later than midnight on the fortieth (40th) calendar day of the time period described in Paragraph A.1 notice that Buyer elects to proceed with the purchase of the Judgment [in the event that Buyer provides to the Seller in writing notice that is does not elect to proceed with the purchase of the Judgment, or if Buyer does not provide any written notice to the Seller, then the condition to Buyer's obligation to purchase the Judgment shall not be fulfilled and this Agreement shall terminate and shall have no further force and effect]; and

3.  Seller providing to Buyer or Buyer's counsel, no later than three (3) business days following Buyer's written approval of purchase as provided for in Paragraph A.2: (a) three (3) wet-signature copies of an executed and notarized Exhibit 3 and (b) a signed, completed, and notarized Limited Power of Attorney, which is attached hereto as Exhibit 4.

B.  Seller with cooperate with Buyer's reasonable requests in its efforts to effectuate the assignment of the Judgment and associated judgment lien, including but not limited to responding promptly to requests for information or communications from the Buyer or its Attorneys and promptly signing and returning to Buyer any modified Acknowledgments of Assignment or other documents reasonably requested by Buyer.

C.  Seller will cooperate with Buyer's reasonable requests in its efforts to collect the monies owed under the Judgment, including but not limited to responding promptly to requests for information or communications from the Buyer or its Attorneys; signing Declarations of relevant facts of which Seller have first-hand knowledge and appearing in court as/if necessary to assist Buyer in efforts to enforce/preserve their rights in the Judgment.

DocuSign Envelope ID: D3F8C415-5CF9-4744-ADB2-71E6CAED6079

D.  Buyer shall provide to Seller the following consideration for its purchase of the Judgment:

    1.  One Thousand Dollars ($1,000.00) in the form of a certified check, cashier's check or wire transfer payable to the trust account of Seller's counsel, and provided to Seller's counsel no later than five (5) business days following the date upon which the Acknowledgment of Assignment, Exhibit 3 to this Agreement, is entered onto the Register of Actions for Case No. CGC-10-505989 in the Superior Court of California, County of San Francisco; and

    2.  Forty-Five Percent (45.00%) of Buyer's "Net Recovery" under the Judgment. "Net Recovery" shall be defined as (1) the total value of all money recovered and/or the value of all property recovered [as of the date of the recovery of such property], (2) less the out-of-pocket costs paid by the Buyer in pursuing the collection of the Judgment, (3) less the total amount of attorney fees paid by the Buyer, and (4) less the purchase price paid by the Buyer for the Judgment, which was $1,000.00.

E.  All costs associated with perfection of the Assignment of Judgment and judgment lien including, but not limited to, all court filing fees in the Action and any associated County Recorder fees, shall be borne by the Buyer at its sole expense.

F.  Seller will not communicate in any way, directly or indirectly, with the Judgment Debtor(s), or their agent(s), representative(s) or attorney(s), regarding notice of, or information pertaining to, the Judgment or the sale of the Judgment, without prior written consent of the Buyer. Seller will direct and/or forward all future correspondence regarding or relating to the Judgment to the Buyer.

G.  Except as otherwise disclosed by the filing of court documents contemplated by this Agreement, the terms and conditions of this Agreement shall remain confidential, provided, however, that the terms and conditions of this Agreement may be disclosed to (a) a Party's tax or financial advisor, (b) a Party's banker or lender, (c) a Party's attorney, (d) a Party's regulators in the course of a regulatory examination, or (e) in connection with a legal proceeding, such as in response to a subpoena, pursuant to court order, or in an action to enforce the terms of this Agreement. Other than as permitted, herein, in response to any inquiries regarding the nature of the parties' relationship and/or dealings, the parties shall only respond "the judgment has been transferred through an agreement to all parties' mutual satisfaction."

DocuSign Envelope ID: D3F8C415-5CF9-4744-ADB2-71E6CAED6079

H.  Liquidated Damages.  The Parties agree that any breach of the terms or conditions set forth in Paragraphs B, C, F, and G will cause substantial harm and damages to Buyer, but that said damages could be hard to quantify. For these reasons, the Parties hereby agree that the reasonable amount of damages for each breach of the terms or conditions as set forth in the aforementioned paragraphs shall be $25,000.00.

I.  Counterparts.  The parties agree that this Agreement may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same Agreement.

J.  Severability.  In the event that any portion of this Purchase and Sale Agreement should be held to be void, voidable or unenforceable, the remaining portions unaffected thereby shall remain in full force and effect and are to be fully enforceable.

K.  Litigation.  In the event any arbitration, suit or other action ("Litigation") is commenced between the parties concerning the interpretation or enforcement of this Agreement or the rights and duties of any person in relation thereto, the prevailing Party, in addition to any other relief that may be granted, shall be entitled to their costs incurred in such litigation, including reasonable attorneys' fees.

L.  Form/Venue.  In the event of any Litigation as defined in Paragraph K, the parties agree that the forum shall be proper in the Superior Court of California with venue in San Diego, California.

M. Entire Agreement.  This Agreement and Exhibits contain the entire agreement between the Parties and supersedes any prior written or oral agreement concerning the subject matter contained herein. There are no representations, agreements, arrangements or understandings, oral or written, relating to the subject matter contained in this Agreement, which are not fully expressed herein.

N.  Rules of Construction.  Interpretation of this Agreement shall be governed by the following rules of construction: (a) wherever the context so requires, the use of the singular shall be deemed to include the plural and vice versa, and words of one gender shall be held to include the other

DocuSign Envelope ID: D3F8C415-5CF9-4744-ADB2-71E6CAED6079

gender; (b) references to the terms Paragraph and Exhibit are references to the Paragraphs and Exhibits of or to this Agreement unless otherwise specified; (c) the terms "hereof", "herein", "hereby", "hereto", and any derivative or similar words refer to this entire Agreement, including the Exhibits hereto; (e) the word "including" and words of similar import when used in this Agreement means including without limitation, unless otherwise specified; (f) the word "or" shall not be exclusive; (g) any reference to days means calendar days unless business days are expressly specified; (h) when calculating the period of time before which, within which or following which any act is to be done or step taken pursuant to this Agreement, the date that is the reference date in calculating such period shall be excluded, and if the last day of such period is not a business day, the period shall end on the next succeeding business day; (i) each of the Parties has participated in the negotiation and drafting of this Agreement, and, if an ambiguity or question of interpretation should arise, this Agreement shall be construed as if drafted jointly by the Parties, and no presumption or burden of proof shall arise favoring or burdening any Party thereto by virtue of the authorship of any of the provisions in this Agreement.

O.   Additional Terms and Conditions.  This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns where permitted by this Agreement. No amendment, modification, or alteration of the terms hereof shall be binding unless the same be in writing, dated subsequent to the date hereof and duly executed by the parties hereto. All notices or other communications required or permitted hereunder shall be in writing and addressed to the Party's last known address and either personally delivered, sent by overnight mail (Federal Express or the like), or sent by registered or certified mail, postage prepaid, return receipt requested, or sent by telecopy. This Agreement may be signed and delivered by facsimile or electronic scan, and such faxed or scanned documents (with faxed or scanned signatures) shall be deemed originals.

**[Signature Page to Follow]**

DocuSign Envelope ID: D3F8C415-5CF9-4744-ADB2-71E6CAED6079

**SELLER:**

Dated: ___3/19/2021___

**East West Bank,**
a California banking corporation

By: _____
Name: _____
Its: _____

**BUYER:**

Dated: ___3/19/2021___

**Wolverine Endeavors VIII, LLC,**
a California limited liability company

By: Wolverine Ventures Management, LLC
Its: Manager

By: Wolverine Ventures, Inc.
Its: Manager

DocuSigned by:

By: _____
        82DBE2275527416...
Name: Anthony O'Neill
Its: President

Nick I. Iezza, Esq. (State Bar No. 128570)
Spiwak & Iezza, LLP
555 Martin St, Suite 140
Thousand Oaks, CA 91360
T: (805) 777-1175
F: (805) 777-1168
Email: niezza@spiwakandiezza.com

*Attorney for Assignee Wolverine Endeavors VIII,
a California limited liability company*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN FRANCISCO

| EAST WEST BANK, a California corporation, | Case No.: CGC-10-505989 |
|---|---|
| Plaintiff, | **ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT ENTERED SEPTEMBER 14, 2011** |
| vs. | |
| JOHN E. KING, an individual, et al., | **[CCP § 673]** |
| Defendants. | |

1. On September 14, 2011, a *Judgment* (the "Judgment") was entered in this case in favor of East West Bank, a California corporation.

2. Other than a Partial Satisfaction in the amount of $1,900,000.00, received on or about September 27, 2011, the Judgment remains outstanding, unsatisfied and no payments, whatsoever, have been made on the Judgment.

3. Prior to the below described assignment, the Judgment Creditor's address is:

> **East West Bank, a California corporation**
> **c/o Jeffer Mangels Butler & Mitchell LLP**
> **1900 Avenue of the Stars, 7th Floor**
> **Los Angeles, CA 90067**

4. The names and last known addresses of the Judgment Debtors under the Judgment are:

> (a) **John E. King, 1925 Sydney Street, San Luis Obispo, CA 93401**
>
> (b) **Carole D. King, 1925 Sydney Street, San Luis Obispo, CA 93401**

5. On the undersigned date below, for good and valuable consideration, receipt of which is hereby acknowledged, Steven Chang, Senior Vice President of East West Bank, a California

1

corporation, does hereby acknowledge the assignment of, and hereby does assign and transfer all of East West Bank's right, title and interest, in the Judgment to: **Wolverine Endeavors VIII, LLC, a California limited liability company, as Assignee, whose address is c/o Blanchard, Krasner, & French, Attn: Kipp Williams, 800 Silverado St., Ste. 200, La Jolla, CA 92037**.

6. Wolverine Endeavors VIII, LLC, as Assignee, is now the holder and owner of the Judgment.

Executed this 7th day of May, 2021 at Pasadena, CA, _____.

**East West Bank, a California corporation**

By: _____

Name: Steven Chang

Title: Senior Vice President

2

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of __California__ )

County of __Los Angeles__ )

On __May 7__, 2021, before me, __Jennifer Ho__, a Notary Public, personally appeared **_Steven Chang_** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JENNIFER HO
Notary Public - California
Los Angeles County
Commission # 2353883
My Comm. Expires Apr 7, 2025

Signature _____

3

## <u>LIMITED POWER OF ATTORNEY</u>

Reference is made to that certain Agreement for Sale and Purchase of Judgment and Judgment Lien, effective as of _____, 2021 (the "Agreement"), by and between East West Bank, a California banking corporation ("Seller") and Wolverine Endeavors VIII, LLC, a California limited liability company and or its designee ("Buyer") for the purchase and sale of a judgment in the favor of Seller and against John E. King and Carole D. King, jointly and severally.

In accordance with the Agreement, Seller hereby makes, constitutes, appoints, and confers upon Buyer, its successors and assigns, the Seller's irrevocable, limited power of attorney to endorse Seller's name and collect any checks or other forms of payment received from Debtors, under the Judgment sold by Seller to Buyer under the Agreement; and to endorse and sign any documents necessary to assign, transfer, extend, release or otherwise carry out the intent of the Agreement with respect to Loans, mortgages, security instruments, or other instruments related to the Judgment. Provided, however, any such endorsement of Loans or other documents shall state clearly in the endorsement that the Loans or other documents are assigned "AS IS", "WHERE IS", "WITH ALL FAULTS", AND WITHOUT RECOURSE AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES, AND PURSUANT TO THAT CERTAIN PURCHASE AND SALE AGREEMENT DATED _____, 2021.

This Limited Power of Attorney shall expire one year from the date of execution hereof.

The capitalized terms shall have the same meaning as in the Agreement.

IN WITNESS WHEREOF, Seller has caused its name to be subscribed hereto, this _7th_ day of _May_, 2021.

**East West Bank**, a California banking corporation

By: _____
Name: Steven Chang
Title: Senior Vice President

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _California_ )

County of _Los Angeles_ )

On _May 7_, 2021, before me, _Jennifer Ho_, a Notary Public, personally appeared **_Steven Chang_** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JENNIFER HO
Notary Public - California
Los Angeles County
Commission # 2353883
My Comm. Expires Apr 7, 2025

Signature _____

Nick I. Iezza, Esq. (State Bar No. 128570)
Spiwak & Iezza, LLP
555 Martin St, Suite 140
Thousand Oaks, CA 91360
T: (805) 777-1175
F: (805) 777-1168
Email: niezza@spiwakandiezza.com

*Attorney for Assignee Wolverine Endeavors VIII,*
*a California limited liability company*

ELECTRONICALLY

**F I L E D**

*Superior Court of California,*
*County of San Francisco*

**05/17/2021**
**Clerk of the Court**
BY: CAROL BALISTRERI
Deputy Clerk

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

| | |
|---|---|
| EAST WEST BANK, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN E. KING, an individual, et al.,<br><br>Defendants. | Case No.: CGC-10-505989<br><br>**ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT ENTERED SEPTEMBER 14, 2011**<br><br>**[CCP § 673]** |

1. On September 14, 2011, a *Judgment* (the "Judgment") was entered in this case in favor of East West Bank, a California corporation.

2. Other than a Partial Satisfaction in the amount of $1,900,000.00, received on or about September 27, 2011, the Judgment remains outstanding, unsatisfied and no payments, whatsoever, have been made on the Judgment.

3. Prior to the below described assignment, the Judgment Creditor's address is:

**East West Bank, a California corporation**
**c/o Jeffer Mangels Butler & Mitchell LLP**
**1900 Avenue of the Stars, 7th Floor**
**Los Angeles, CA 90067**

4. The names and last known addresses of the Judgment Debtors under the Judgment are:

(a) **John E. King, 1925 Sydney Street, San Luis Obispo, CA 93401**

(b) **Carole D. King, 1925 Sydney Street, San Luis Obispo, CA 93401**

5. On the undersigned date below, for good and valuable consideration, receipt of which is hereby acknowledged, Steven Chang, Senior Vice President of East West Bank, a California

1

corporation, does hereby acknowledge the assignment of, and hereby does assign and transfer all of East West Bank's right, title and interest, in the Judgment to: **Wolverine Endeavors VIII, LLC, a California limited liability company, as Assignee, whose address is c/o Blanchard, Krasner, & French, Attn: Kipp Williams, 800 Silverado St., Ste. 200, La Jolla, CA 92037**.

6. Wolverine Endeavors VIII, LLC, as Assignee, is now the holder and owner of the Judgment.

Executed this 7th day of May, 2021 at Pasadena, CA _____.

**East West Bank, a California corporation**

By: _____

Name: Steven Chang

Title: Senior Vice President

2

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _California_ )

County of _Los Angeles_ )

On _May 7_, 2021, before me, _Jennifer Ho_, a Notary Public, personally appeared **_Steven Chang_** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

JENNIFER HO
Notary Public - California
Los Angeles County
Commission # 2353883
My Comm. Expires Apr 7, 2025

3



**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

# Document Scanning Lead Sheet

Sep-14-2011  2:48 pm

Case Number: CGC-10-505989

Filing Date: Sep-14-2011 2:48

Juke Box: 001    Image: 03327220

COURT JUDGMENT - GENERAL

EAST WEST BANK, A CALIFORNIA CORPORATION VS. JOHN E. KING et al

001C03327220

**Instructions:**

Please place this sheet on top of the document to be scanned.

JEFFER, MANGELS, BUTLER & MITCHELL LLP
NEIL C. ERICKSON (Bar No. 108352), nce@jmbm.com
AMY LERNER HILL (Bar No. 216288), akl@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California  90067-4308
Telephone:      (310) 203-8080
Facsimile:      (310) 203-0567

JOSEPH N. DEMKO (Bar No. 113104), jnd@jmbm.com
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:      (415) 398-8080
Facsimile:      (415) 398-5584

Attorneys for Plaintiff EAST WEST BANK

**FILED**
San Francisco County Superior Court

SEP 1 4 2011

CLERK OF THE COURT
BY: _____
                        Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| EAST WEST BANK, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. KING, an Individual; CAROLE D. KING, an Individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.     CGC-10-505989<br><br>**JUDGMENT**<br><br>Trial Date:  February 6, 2012<br>Complaint Filed:  December 9, 2010 |

The Court, having granted the Motion for Summary Judgment filed by Plaintiff East West Bank and having ordered entry of judgment as requested in the said Motion against Defendants John E. King and Carole D. King (collectively, "Defendants"), and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiff East West Bank shall have judgment in its favor against Defendants John E. King and Carole D. King, jointly and severally, in the principal amount of $5,434,547.68, together with interest thereon at the rate of ten percent (10%) per annum from the date of entry of this

JUDGMENT

PRINTED ON
RECYCLED PAPER
8029311v1

judgment until paid in full, plus an award of attorneys' fees and costs to be fixed by the Court after entry of judgment after notice and motion pursuant to Civil Code § 1717 and Code of Civil Procedure §§ 1032 and 1033.5, and for costs of suit herein.

DATED: 9/14/11

_____
JUDGE OF THE SUPERIOR COURT
ERNEST H. GOLDSMITH

JUDGMENT

PRINTED ON
RECYCLED PAPER
8029311v1

JMBM | Jeffer Mangels Butler & Mitchell LLP

**EJ-190**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* | |
|---|---|

After recording, return to:

Nick I. Iezza, Esq.  SBN: 128570
SPIWAK & IEZZA, LLP
555 Marin Street, Suite 140
Thousand Oaks, CA 91360

TEL NO.:(805) 777-1175  FAX NO. *(optional):* (805) 777-1168

E-MAIL ADDRESS *(Optional):*

[X] ATTORNEY FOR  [ ] JUDGMENT CREDITOR  [X] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO

STREET ADDRESS: 400 McAllister Street

MAILING ADDRESS: 400 McAllister Street

CITY AND ZIP CODE: San Francisco, 94102-4515

BRANCH NAME: Civic Center Courthouse

**ELECTRONICALLY**
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**06/21/2021**
**Clerk of the Court**
BY: MELANIA DE LUNA
**Deputy Clerk**

*FOR RECORDER'S USE ONLY*

| PLAINTIFF: East West Bank, a California corporation | CASE NUMBER: |
|---|---|
| DEFENDANT: John E. King, an individual; Carole D. King, an individual | CGC-10-505989 |

| APPLICATION FOR AND RENEWAL OF JUDGMENT | FOR COURT USE ONLY |
|---|---|

[ ] Judgment creditor

[X] Assignee of record
applies for renewal of the judgment as follows:

1. Applicant *(name and address):*
   Wolverine Endeavors VIII, a California limited liability company
   c/o Spiwak & Iezza, LLP, 555 Marin Street, Suite 140, Thousand Oaks, CA 91360

2. Judgment debtor *(name and last known address):*
   John E. King, an individual; Carole D. King, an individual
   1925 Sydney Street, San Luis Obispo, CA 93401

3. Original judgment
   a. Case number *(specify):* CGC-10-505989
   b. Entered on *(date):* 9/14/11
   c. Recorded:
      (1) Date: 12/6/2011
      (2) County: San Luis Obispo
      (3) Instrument No.: 2011061888

4. [ ] Judgment previously renewed *(specify each case number and date):*

5. [X] Renewal of money judgment

   a. Total judgment . . . . . . . . . . . . . . . . . . . . . . . $ 5,495,461.68
   b. Costs after judgment . . . . . . . . . . . . . . . . $ 0.00
   c. Subtotal *(add a and b)* . . . . . . . . . . . . . . . . $ 5,495,461.68
   d. Credits after judgment . . . . . . . . . . . . . . . . $ 1,900,000.00
   e. Subtotal *(subtract d from c)* . . . . . . . . . . . $ 3,595,461.68
   f. Interest after judgment . . . . . . . . . . . . . . . $ 3,482,187.10
   g. Fee for filing renewal application . . . . . . . . $ 45.00
   h. **Total renewed judgment** *(add e, f, and g)* $ 7,077,693.78

   i. [ ] The amounts called for in items a–h are different for each debtor.
      These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. July 1, 2014]

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.140
**Westlaw Doc & Form Builder™**

| SHORT TITLE: East West Bank v. John E. King, et al. | CASE NUMBER:<br>CGC-10-505989 |
|---|---|

6. ☐ Renewal of judgment for      ☐ possession.
                                                ☐ sale.

   a. ☐ If judgment was not previously renewed, terms of judgment as entered:

   b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

   c. ☐ Terms of judgment remaining unsatisfied:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 2, 2021

Nick I. Iezza, Esq.
_____
(TYPE OR PRINT NAME)                  ▶                                  (SIGNATURE OF DECLARANT)

**EJ-195**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | | | FOR COURT USE ONLY |
|---|---|---|---|
| Nick I. Iezza, Esq.      SBN: 128570 | TELEPHONE NO.: ph: (805) 777-1175 | | |

Nick I. Iezza, Esq.    SBN: 128570     TELEPHONE NO.: ph: (805) 777-1175

SPIWAK & IEZZA, LLP

555 Marin Street, Suite 140, Thousand Oaks, CA 91360

fax: (805) 777-1168

ATTORNEY FOR *(Name):*

NAME OF COURT: Superior Court of California, County of San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS: 400 McAllister Street
CITY AND ZIP CODE: San Francisco, 94102-4515
BRANCH NAME: Civic Center Courthouse

PLAINTIFF: East West Bank, a California corporation

DEFENDANT: John E. King, an individual; Carole D. King, an individual

| NOTICE OF RENEWAL OF JUDGMENT | CASE NUMBER: CGC-10-505989 |
|---|---|

TO JUDGMENT DEBTOR *(name):* John E. King, an individual; Carole D. King, an individual
1925 Sydney Street, San Luis Obispo, CA 93401

1. **This renewal extends** the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.

2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with this court.

3. You must make this motion within **30 days** after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment* is attached *(Cal. Rules of Court, rule 3.1900).*

Date: **06/21/2021**          Clerk, by      **MELANIA DE LUNA** , Deputy



[SEAL]

| See CCP 683.160 for information on method of service |
|---|

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
EJ-195 [Rev. January 1, 2007]

**NOTICE OF RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.160
*www.courtinfo.ca.gov*

American LegalNet, Inc.
www.Forms*Workflow*.com

Westlaw Doc & Form Builder™

# EXHIBIT 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN T. GUBNER – Bar No. 156593 JESSICA L. BAGDANOV – Bar No. 281020 BG LAW LLP 21650 Oxnard Street, Suite 500 Woodland Hills, CA 91367 Telephone: (818) 827-9000 Facsimile: (818) 827-9099 Email: sgubner@bg.law jbagdanov@bg.law | |

☒ *Attorney for:* Petitioning Creditor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re: CAROLE D. KING, Debtor(s). | CASE NO.:9:22-bk-10673-RC ADVERSARY NO.: CHAPTER: 7 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)*  ANTHONY O'NEILL_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the authorized agent of Petitioning Creditor, Wolverine Endeavors VIII, LLC

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the Debtor corporation

2.a. ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   WVM Holdings LLC
   _____
   _____

   [For additional names, attach an addendum to this form.]

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 11/15/2022

By: _____
Signature of Petitioning Creditor
Wolverine Endeavors VIII, LLC

Name: Anthony O'Neill, its Authorized Agent
Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.

A true and correct copy of the foregoing document entitled: **AMENDED INVOLUNTARY PETITION AGAINST AN INDIVIDUAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**\*\*NO JUDGES COPY TO BE PROVIDED PER GENERAL ORDER 20-02**

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 15, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L Bagdanov**    jbagdanov@bg.law, ecf@bg.law
- **William C Beall**    will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Jon F Gauthier**    jgauthier@ftblaw.com, jrobinson@ftblaw.com;storres@ftblaw.com
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Carissa N Horowitz**    carissa@beallandburkhardt.com, artyc@aol.com;castlesb@aol.com
- **Nicolino Iezza**    niezza@spiwakandiezza.com
- **Teresa L Polk**    tp@smtdlaw.com, RBaptiste@smtdlaw.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **November 15, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Carole D. King
1925 Sydney Street
San Luis Obispo, CA  93401

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 15, 2022 | JENNIFER WARNER | /s/ Jennifer Warner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**