**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>1023 MONTEREY INVESTORS LLC, et al.,<br><br>Defendants. | Case No. 2:25-cv-11946-JFW-SKx<br><br>**ORDER GRANTING JOINT STIPULATION RE PLAINTIFFS' REQUEST TO FILE ONE CONSOLIDATED OPPOSITION BRIEF IN EXCESS OF PAGE LIMITS TO DEFENDANTS' MOTIONS TO DISMISS AND AMENDED MOTIONS TO DISMISS** |

**ORDER**

The Court, having considered the Parties' Stipulation Re Plaintiffs' Request to File One Consolidated Opposition Brief in Excess of Page Limits to Defendants' Amended Motions to Dismiss, and finding good cause shown, hereby GRANTS the Stipulation and ORDERS as follows:

1.      The Parties' Stipulation is GRANTED;

2.      Plaintiffs Coronitas Holdings, LLC and Wolverine Endeavors, VIII, LLC are permitted to file one consolidated opposition brief to Defendants' Motions to Dismiss and Amended Motions to Dismiss (Dkt Nos. 91, 93, 105, 107, 108, 109, 110 and 111), up to and including forty (40) pages in length.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 16, 2026

The Honorable John F. Walter
United States District Judge