SKT LAW, P.C.
Eliot F. Krieger (SBN 159647) ekrieger@skt.law
Heidi Stilb Lewis, (SBN 98046) hlewis@skt.law
Maren B. Hufton (SBN 253445) mhufton@skt.law
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
(949) 523-3333 Telephone | (949) 523-3003 Facsimile

Attorneys for Defendants John E. King and Carole D. King, individually and as trustees of the John and Carole King Family Trust dated April 20, 2006, the John and Carole King Family Trust dated April 20, 2006, Black Chaps, LLC, Boutique Hotel Collection, Inc., Michael Nelson, and Lana Lucas

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>1023 MONTEREY INVESTORS LLC, a California limited liability company; 1035 MONTEREY INVESTORS LLC, a California limited liability company; A.J. SPURS, INC., BUELLTON, a California corporation; ADDIE STREET LAND GROUP LP, a California limited partnership; AKRO REAL ESTATE PARTNERS LLC, a California limited liability company; APPLE FARM COLLECTIONS-SLO, INC., a California corporation; BLACK CHAPS LLC, a California limited liability company; BOUTIQUE HOTEL COLLECTION, INC., a California corporation; DISTINCTIVE RESORTS, INC., a California corporation; CLIFFS RESORT LLC, a California limited liability company; FERNWOOD RESORT, LLC. a California limited liability | CASE NO.  2:25-cv-11946-JFW-SK<br><br>Judge: John F. Walter<br>Courtroom: 7A<br><br>**NOTICE OF LODGING RE (PROPOSED) STATEMENT OF DECISION GRANTING DEFENDANTS JOHN E. KING, AND CAROLE D. KING AS TRUSTEES OF JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, 2006 AMENDED MOTION TO DISMISS PURSUANT TO RULE 12(b)(1), RULE 12(b)(6), RULE 12(b)(7) AND RULE 17(b)**<br><br>Complaint Filed: December 19, 2025<br><br>Trial Date: None Set |

1

Notice of Lodging re (Proposed) Statement of Decision Granting John E. King and Carole D. King as Trustees and the John and Carole King Family Trust dated April 20, 2006, Motion to Dismiss

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1225
HUNTINGTON BEACH, CALIFORNIA 92647
T: (949) 523-3333 | F: (949) 523-3003

company; HIGUERA BREW LLC, a California limited liability company; JGK CONSTRUCTION LLC, a California limited liability company; CAROLE D. KING, an individual; CAROLE D. KING, as Trustee of the JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, 2006; JOHN G. KING, an individual; JOHN G. KING, as Trustee of the JG KING LIVING TRUST, DATED FEBRUARY 25, 2021; JOHN E. KING, an individual; JOHN E. KING, as Trustee of the JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, 2006; LANA LUCAS, an individual; LOS LOBOS INVESTMENTS LLC, a California limited liability company; PAUL G. METCHIK, an individual; MISSION GROVE ASSOCIATES, a California general partnership; MONTALBAN STREET GROUP, a California general partnership; MICHAEL NELSON, an individual; ORKA REAL ESTATE PARTNERS LLC, a California limited liability company; ROBIN L. ROSSI, an individual; ROBIN L. ROSSI as Trustee of THE ROBIN L. ROSSI LIVING TRUST U/D/T OCTOBER 19, 1990 a/k/a ROBIN L. ROSSI LIVING TRUST; SPANISH VINEYARDS LLC, a California limited liability company; SYCAMORE MINERAL SPRINGS LLC, a California limited liability company; THE SEAVENTURE RESORT, LLC, a California limited liability company; THE VINEYARDS AT SPANISH SPRINGS, LLC, a California limited liability company; and DOES 1-100, inclusive,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2

Notice of Lodging re (Proposed) Statement of Decision Granting John E. King and Carole D. King as Trustees and the John and Carole King Family Trust dated April 20, 2006, Motion to Dismiss

Defendants John E. King and Carole D. King as Trustees of the John and Carole King Family Trust dated April 20, 2006 and the John and Carole King Family Trust dated April 20, 2006 hereby lodge the (Proposed) Statement of Decision Granting Defendants John E. King, and Carole D. King as Trustees of John and Carole King Family Trust, Dated April 20, 2006 Amended Motion to Dismiss Pursuant to Rule 12(b)(1), Rule 12(b)(6), Rule 12(b)(7) and Rule 17(b).

Dated: May 20, 2026                    By: _____

SKT LAW, P.C.
Eliot F. Krieger
Attorneys for Defendants John E. King and Carole D. King, individually and as trustees of the John and Carole King Family Trust dated April 20, 2006, the  John and Carole King Family Trust dated April 20, 2006, Black Chaps, LLC, Boutique Hotel Collection, Inc., Michael Nelson, and Lana Lucas

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1225
HUNTINGTON BEACH, CALIFORNIA  92647
T: (949) 523-3333 | F: (949) 523-3003

Notice of Lodging re (Proposed) Statement of Decision Granting John E. King and Carole D. King as Trustees and the John and Carole King Family Trust dated April 20, 2006, Motion to Dismiss