**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CIVIL MINUTES -- GENERAL

Case No.   **CV 25-11946-JFW(SKx)**                    Dated: May 28, 2026

Title:      Coronitas Holdings, LLC. et al. -v- 1023 Monterey Investors, LLC, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TAKING UNDER SUBMISSION DEFENDANTS APPLE FARM COLLECTIONS-SLO, INC., ORKA REAL ESTATE PARTNERS LLC, ROBIN L. ROSSI, an individual; ROBIN L. ROSSI as Trustee of THE ROBIN L. ROSSI LIVING TRUST U/D/T OCTOBER 19, 1990 a/k/a ROBIN L. ROSSI LIVING TRUST'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT [filed 3/13/2026; Docket No. 91];**

**ORDER TAKING UNDER SUBMISSION DEFENDANT PAUL METCHIK'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT [filed 3/13/2026; Docket No. 93];**

**ORDER TAKING UNDER SUBMISSION AMENDED MOTION TO DISMISS [filed 4/13/2026; Docket No. 105];**

**ORDER TAKING UNDER SUBMISSION (AMENDED) DEFENDANTS JOHN E. KING, AND CAROLE D. KING AS TRUSTEES OF JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, 2006'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1), RULE 12(b)(6), RULE 12(b)(7) AND RULE 17(b) [filed 4/13/2026; Docket No. 107];**

Initials of Deputy Clerk __sr_

**ORDER TAKING UNDER SUBMISSION (AMENDED) DEFENDANTS JOHN E. KING., CAROLE D. KING BY GUARDIAN AD LITEM AND BLACK CHAPS, LLC'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) AND RULE 12(b)(6) [filed 4/13/2026; Docket No. 108];**

**ORDER TAKING UNDER SUBMISSION (AMENDED) DEFENDANT LANA LUCAS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(1), RULE 12(b)(6) AND RULE 12(b)(7) [filed 4/13/2026; Docket No. 109];**

**ORDER TAKING UNDER SUBMISSION (AMENDED) DEFENDANT MICHAEL NELSON'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1), RULE 12(b)(6) AND RULE 12(b)(7) [filed 4/13/2026; Docket No. 110];**

**ORDER TAKING UNDER SUBMISSION (AMENDED) DEFENDANT BOUTIQUE HOTEL COLLECTION, INC.'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1), RULE 12(b)(6) AND RULE 12(b)(7) [filed 4/13/2026; Docket No. 111];**

**ORDER TAKING UNDER SUBMISSION DEFENDANTS' JOINT MOTION TO STAY DISCOVERY PENDING MOTIONS TO DISMISS [filed 5/4/2026; Docket No. 116]**

The following motions are currently on calendar for June 1, 2026 at 1:30 p.m.:

(1)     Defendants Apple Farm Collections-SLO, Inc., Orka Real Estate Partners LLC, Robin L. Rossi, an individual; Robin L. Rossi as Trustee of The Robin L. Rossi Living Trust U/D/T October 19, 1990 a/k/a Robin L. Rossi Living Trust's Motion to Dismiss Plaintiffs' Complaint filed on March 13, 2026 (Docket No. 91);

(2)     Defendant Paul Metchik's Motion to Dismiss Plaintiffs' Complaint filed on March 13, 2026 (Docket No. 93);

(3)     Amended Motion to Dismiss filed on April 13, 2026 (Docket No. 105);

(4)     (Amended) Defendants John E. King, and Carole D. King as Trustees of John and Carole King Family Trust, Dated April 20, 2006's Motion to Dismiss Pursuant to Rule 12(b)(1), Rule 12(b)(6), Rule 12(b)(7), and Rule 17(b) filed on April 13, 2026 (Docket No. 107);

(5)     (Amended) Defendants John E. King, Carole D. King By Guardian Ad Litem and Black Chaps, LLC's Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6) filed on April 13, 2026 (Docket No. 108);

Initials of Deputy Clerk __sr_

(6)     (Amended) Defendant Lana Lucas' Motion to Dismiss Pursuant to Rule 12(b)(1), Rule 12(b)(6) and Rule 12(b)(7) filed on April 13, 2026 (Docket No. 109);

(7)     (Amended) Defendant Michael Nelson's Motion to Dismiss Pursuant to Rule 12(b)(1), Rule 12(b)(6) and Rule 12(b)(7) filed on April 13, 2026 (Docket No. 110);

(8)     (Amended) Defendant Boutique Hotel Collection, Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(1), Rule 12(b)(6) and Rule 12(b)(7) filed on April 13, 2026 (Docket No. 111); and

(9)     Defendants' Joint Motion to Stay Discovery Pending Motions to Dismiss filed on May 4, 2026 (Docket No. 116).

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument.  The hearing calendared for June 1, 2026 is hereby vacated and the matters are taken off calendar.  The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

IT IS SO ORDERED.

Initials of Deputy Clerk __sr__