BROWN WHITE & OSBORN LLP
KENNETH P. WHITE, SBN 173993
KARINEH DARBINIAN, SBN
515 South Flower Street, Suite 1000
Los Angeles, CA 90071
kwhite@brownwhitelaw.com
kdarbinian@brownwhitelaw.com
Tel.: 213.613.0500
Fax: 213.613.0550

Attorneys for Defendants 1023 Monterey Investors LLC; 1035 Monterey Investors LLC; A.J. Spurs, INC., Buellton; Addie Street Land Group LP; AKRO Real Estate Partners LLC; Distinctive Resorts, Inc.; Cliffs Resort LLC; Fernwood Resort, LLC; Higuera Brew LLC; JGK Construction LLC; John G. King, Individually and as Trustee of the JG King Living Trust, Dated February 25, 2021; Los Lobos Investments LLC; Mission Grove Associates; Montalban Street Group; Spanish Vineyards LLC; Sycamore Mineral Springs LLC; The SeaVenture Resort, LLC; The Vineyards At Spanish Springs, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>1023 MONTEREY INVESTORS LLC, et al.,<br><br>Defendants. | CASE NO.  2:25-cv-11946-JFW-SK<br><br>Judge:  Hon. John F. Walter<br><br>**DEFENDANTS' ANSWER**<br><br>Complaint Filed:  December 17, 2025<br>Trial Date:  None Set |

Defendants 1023 Monterey Investors LLC; 1035 Monterey Investors LLC; A.J. Spurs, Inc., Buellton; Addie Street Land Group LP; AKRO Real Estate Partners LLC; Distinctive Resorts, Inc.; Cliffs Resort LLC; Fernwood Resort, LLC; Higuera Brew LLC; JGK Construction LLC; John G. King, Individually and as Trustee of the JG King Living Trust, Dated February 25, 2021; Los Lobos Investments LLC; Mission Grove

1

DEFENDANTS' ANSWER

Associates; Montalban Street Group; Spanish Vineyards LLC; Sycamore Mineral Springs LLC; The SeaVenture Resort, LLC; The Vineyards At Spanish Springs, LLC (the "Defendants") by and through their undersigned counsel, hereby answer Plaintiffs Coronitas Holdings, LLC and Wolverine Endeavors VIII, LLC's Complaint filed on December 17, 2025 as follows:

## RESPONSES TO PLAINTIFFS' ALLEGATIONS

1.      Responding to the allegations in paragraph 1 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny the allegations in paragraph 1 of the Complaint.

2.      Responding to the allegations in paragraph 2 of the Complaint, Defendants admit that Defendant John E. King is a real estate developer, with properties in San Luis Obispo County and other locations. Defendants further deny that the allegations in paragraph 2 accurately characterize John E. King's ownership, management, or business activities. Defendants deny the remaining allegations contained in paragraph 2 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

3.      Responding to the allegations in paragraph 3 of the Complaint, Defendants admit that Carole D. King was John E. King's wife, John G. King is John E. King's son, Robin L. Rossi is John E. King's business associate, and Paul G. Metchik is an attorney who has done legal work for John E. King.  Defendants also admit that the exhibit attached to the Complaint speaks for itself, but Defendants lack sufficient information or belief to admit the authenticity, admissibility, or completeness of the document, and on that basis, deny those allegations in paragraph 3 of the Complaint. Except as expressly admitted and alleged, Defendants deny the remaining allegations contained in paragraph 3 of the Complaint and affirmatively allege that Defendants

DEFENDANTS' ANSWER

fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

4.    Responding to the allegations in paragraph 4 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 4 of the Complaint. Defendants deny the remaining allegations contained in paragraph 4 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

5.    Responding to the allegations in paragraph 5 of the Complaint, Defendants admit that Plaintiffs are holders of certain judgments. Except as expressly admitted and alleged, Defendants deny the remaining allegations contained in paragraph 5 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

6.    Responding to the allegations in paragraph 6 of the Complaint, Defendants admit that John G. King and Robin L. Rossi own and control AKRO Real Estate Partners, LLC and Robin L. Rossi owns and controls ORKA Real Estate Partners, LLC. Except as expressly admitted and alleged, Defendants deny the remaining allegations contained in paragraph 6 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

7.    Responding to the allegations in paragraph 7 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning the Textron Judgments and Textron Satisfaction Agreement, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this

DEFENDANTS' ANSWER

paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 7 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 7 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

8. Responding to the allegations in paragraph 8 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning the Textron Judgments, Textron Satisfaction Agreement, and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 8 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 8 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

9. Responding to the allegations in paragraph 9 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning the Textron Judgments, Textron Satisfaction Agreement, public records, exhibit attached to the Complaint, and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants also lack sufficient information or belief to admit the authenticity, admissibility, or completeness of the

DEFENDANTS' ANSWER

referenced exhibit, and on that basis, deny those allegations in paragraph 9 of the Complaint. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 9 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 9 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

10.    Responding to the allegations in paragraph 10 of the Complaint, Defendants admit and allege that exhibit attached to the Complaint speaks for itself, but Defendants lack sufficient information or belief to admit the authenticity, admissibility, or completeness of the referenced exhibit, and on that basis, deny those allegations in paragraph 10 of the Complaint. To the extent that this paragraph alleges facts inconsistent with the referenced document, Defendants deny each and every such allegation.

11.    Responding to the allegations in paragraph 11 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 11 of the Complaint. Furthermore, Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 11 of the Complaint.  Except as expressly admitted and

DEFENDANTS' ANSWER

alleged, Defendants deny any remaining allegations contained in paragraph 11 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

12.     Responding to the allegations in paragraph 12 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 12 of the Complaint. Furthermore, Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 12 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 12 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

13.     Responding to the allegations in paragraph 13 of the Complaint, Defendants admit the allegations contained in paragraph 13 of the Complaint.

14.     Responding to the allegations in paragraph 14 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for

DEFENDANTS' ANSWER

this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 14 of the Complaint. Furthermore, Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 14 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 14 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

15.     Responding to the allegations in paragraph 15 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 15 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 15 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

16.     Responding to the allegations in paragraph 16 of the Complaint, Defendants admit and allege that the Racketeer Influenced and Corrupt Organizations Act and case entitled *Oscar v. Univ. Students Co-Op Ass'n*, 965 F.2d 783, 786 (9th Cir. 1992) speak for themselves. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 16 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 16 of the Complaint and affirmatively allege that

7

DEFENDANTS' ANSWER

Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

17.     Responding to the allegations in paragraph 17 of the Complaint, Defendants admit and allege that the Racketeer Influenced and Corrupt Organizations Act and case entitled *Smagin Yegiazaryan v. Smagin*, 599 U.S. 533 (2023) speak for themselves. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 17 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 17 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

18.     Responding to the allegations in paragraph 18 of the Complaint, Defendants admit that Plaintiffs are holders of certain judgments. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 18 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 18 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

19.     Responding to the allegations in paragraph 19 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and exhibit attached to the Complaint, which speak for themselves. To

8

the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation.  Defendants also lack sufficient information or belief to admit the authenticity, admissibility, or completeness of the referenced exhibit, and on that basis, deny those allegations in paragraph 19 of the Complaint. Defendants lack sufficient information or belief on the subject of the principal place of business of Plaintiff Coronitas Holdings, LLC to enable them to admit or to deny those allegations and, and basing their denial upon that ground, Defendants deny those allegations in paragraph 19 of the Complaint. Except as expressly admitted and alleged, Defendants deny the remaining allegations contained in paragraph 19 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

20.     Responding to the allegations in paragraph 20 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and exhibit attached to the Complaint, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation.  Defendants also lack sufficient information or belief to admit the authenticity, admissibility, or completeness of the referenced exhibit, and on that basis, deny those allegations in paragraph 20 of the Complaint. Defendants lack sufficient information or belief on the subject of the principal place of business of Plaintiff Coronitas Holdings, LLC to enable them to admit or to deny those allegations and, basing their denial upon that ground, Defendants deny those allegations in paragraph 20 of the Complaint. Except as expressly admitted and alleged, Defendants deny the remaining allegations contained in paragraph 20 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

DEFENDANTS' ANSWER

21. Responding to the allegations in paragraph 21 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 21 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 21 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

22. Responding to the allegations in paragraph 22 of the Complaint, Defendants admit that 1023 Monterey Investors LLC is a California limited liability company. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 22 of the Complaint.

23. Responding to the allegations in paragraph 23 of the Complaint, Defendants admit that 1035 Monterey Investors LLC is a California limited liability company. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 23 of the Complaint.

24. Responding to the allegations in paragraph 24 of the Complaint, Defendants admit that A.J. Spurs, Inc., Buellton is a dissolved California corporation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 24 of the Complaint.

25. Defendants admit the allegations of paragraph 25.

26. Responding to the allegations in paragraph 26 of the Complaint, Defendants admit that AKRO Real Estate Partners LLC is a California limited liability company. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 26 of the Complaint.

27. Responding to the allegations in paragraph 27 of the Complaint, Defendants lack sufficient information or belief on the subject to enable them to admit

DEFENDANTS' ANSWER

or to deny the allegations contained in paragraph 27 of the Complaint and, basing their denial upon that ground, Defendants deny the allegations in paragraph 27 of the Complaint.

28. Responding to the allegations in paragraph 28 of the Complaint, Defendants lack sufficient information or belief on the subject to enable them to admit or to deny the allegations contained in paragraph 28 of the Complaint and, basing their denial upon that ground, Defendants deny the allegations in paragraph 28 of the Complaint.

29. Responding to the allegations in paragraph 29 of the Complaint, Defendants lack sufficient information or belief on the subject to enable them to admit or to deny the allegations contained in paragraph 29 of the Complaint and, basing their denial upon that ground, Defendants deny the allegations in paragraph 29 of the Complaint.

30. Responding to the allegations in paragraph 30 of the Complaint, Defendants admit that Distinctive Resorts, Inc. is a California corporation with its principal place of business in 285 Bridge Street, San Luis Obispo County, California. Except as expressly admitted, Defendants deny the remaining allegations contained in paragraph 30 of the Complaint.

31. Defendants admit the allegations of paragraph 31.

32. Defendants admit the allegations of paragraph 32.

33. Defendants admit the allegations of paragraph 33.

34. Defendants admit the allegations of paragraph 34.

35. Responding to the allegations in paragraph 35 of the Complaint, Defendants, and each of them, deny that Carole D. King is a trustee of the trust as she is deceased, and except as so denied, admit the remaining allegations of paragraph 35.

36. Responding to the allegations in paragraph 36 of the Complaint, Defendants admit that Carole D. King resided in San Luis Obispo County, California prior to her death. Defendants further admit that Carole D. King is deceased and that her

DEFENDANTS' ANSWER

estate or other appropriate successor must be substituted, if at all, pursuant to applicable law. Defendants lack sufficient information and belief to admit or deny the allegation that Carole D. King is properly named in this action in her capacity as trustee of the John and Carole King Family Trust dated April 20, 2006, and on that basis deny the allegation.

37. Responding to the allegations in paragraph 37 of the Complaint, Defendants admit that John E. King resides in San Luis Obispo County, California. Defendants lack sufficient information or belief to admit or deny the allegation that John E. King is properly named in this action in his capacity as trustee of the John and Carole King Family Trust dated April 20, 2006, and on that basis deny the allegation.

38. Defendants admit the allegations of paragraph 38.

39. Defendants admit the allegations of paragraph 39.

40. Responding to the allegations in paragraph 40 of the Complaint, Defendants admit that Los Lobos Investments LLC is a California limited liability company. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 40 of the Complaint.

41. Defendants admit the allegations of paragraph 41.

42. Defendants admit the allegations of paragraph 42.

43. Defendants admit the allegations of paragraph 43.

44. Defendants admit the allegations of paragraph 44.

45. Responding to the allegations in paragraph 45 of the Complaint, Defendants admit that ORKA Real Estate Partners LLC is a California limited liability company. Defendants lack sufficient information and belief to admit or deny the remaining allegations in paragraph 45, and on that basis deny those allegations.

46. Responding to the allegations in paragraph 46 of the Complaint, Defendants admit that Robin L. Rossi resides in San Luis Obispo County, California. Defendants lack sufficient information and belief to admit or deny the allegation that Robin L. Rossi is properly named in this action in his capacity as trustee of the Robin L.

DEFENDANTS' ANSWER

Rossi Living Trust U/D/T October 19, 1990 a/k/a Robin L. Rossi Living Trust, and on that basis deny the allegation.

47. Responding to the allegations in paragraph 47 of the Complaint, Defendants lack sufficient information or belief on the subject to enable them to admit or to deny the allegations contained in paragraph 47 of the Complaint and, basing their denial upon that ground, Defendants deny the allegations in paragraph 47 of the Complaint.

48. Defendants admit the allegations of paragraph 48.

49. Defendants admit the allegations of paragraph 49.

50. Defendants admit the allegations of paragraph 50.

51. Defendants admit the allegations of paragraph 51.

52. Responding to the allegations in paragraph 52 of the Complaint, Defendants admit that the case entitled *Reves v. Ernst & Young*, 507 U.S. 170 (1993) speaks for itself. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 52 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 52 of the Complaint. Except as expressly admitted and alleged, Defendants deny the remaining allegations contained in paragraph 52 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

53. Responding to the allegations in paragraph 53 of the Complaint, Defendants admit and allege 18 U.S.C. § 1962 speaks for itself. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions

DEFENDANTS' ANSWER

regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 53 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 53 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

54.	Defendants admit the allegations of paragraph 54.

55.	Responding to the allegations in paragraph 55 of the Complaint, Defendants admit that the Complaint speaks for itself. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 55 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 55 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

56.	Responding to the allegations in paragraph 56 of the Complaint, Defendants admit that the Complaint speaks for itself. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 56 of the Complaint.  Defendants lack sufficient information or belief to enable them to admit or deny any remaining allegations which relate to the alleged conduct of Michael Nelson, and basing their denial upon that ground, Defendants deny those allegations in Paragraph 56 of the Complaint.  Except as expressly admitted and alleged, Defendants deny the remaining allegations contained in paragraph 56 of the

DEFENDANTS' ANSWER

Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

57.    Responding to the allegations in paragraph 57 of the Complaint, Defendants admit that they are entities formed under the laws of California and that they have conducted business in California. Defendants lack sufficient information or belief to enable them to admit or deny any allegations concerning any other defendant identified in Paragraph 57, and basing their denial upon that ground, Defendants deny those allegations in paragraph 57 of the Complaint.  Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 57 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 57 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

58.    Responding to the allegations in paragraph 58 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny any allegations concerning the trusts identified in Paragraph 58, and basing their denial upon that ground, Defendants deny those allegations in paragraph 58 of the Complaint. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 58 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 58 of the Complaint and affirmatively allege that Defendants

DEFENDANTS' ANSWER

fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

59.     Responding to the allegations in paragraph 59 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 59 of the Complaint. Defendants admit that John E. King, John G. King, Lana Lucas, Robin L. Rossi, and Paul G. Metchik reside in San Luis Obispo County, California, and that Carole D. King resided in San Luis Obispo County, California prior to her death. Except as expressly admitted and alleged, Defendants deny the remaining allegations contained in paragraph 59 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

60.     Responding to the allegations in paragraph 60 of the Complaint, Defendants admit that John G. King is the son of John E. King and the late Carole D. King and that he has ownership interests in certain hospitality-related entities. Defendants also admit that John E. King has and Carole D. King (prior to her death) had ownership interests in certain hospitality-related entities. Defendants deny that the allegations in paragraph 60 accurately characterize John G. King, John E. King or Carol D. King's ownership, management, or business activities, and otherwise deny the remaining allegations of paragraph 60.

61.     Responding to the allegations in paragraph 61 of the Complaint, Defendants admit Robin L. Rossi was John E. King's business associate, and Paul G. Metchik is an attorney who has done legal work for John E. King. Defendants lack sufficient information or belief to enable them to admit or deny any allegations regarding events occurring in or about 1985, including the formation or incorporation of

DEFENDANTS' ANSWER

RKO Hospitality Services, Inc., and basing their denial upon that ground, Defendants deny those allegations in Paragraph 61 of the Complaint.

62. Responding to the allegations in paragraph 62 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny any allegations regarding events occurring in or about 1985, and basing their denial upon that ground, Defendants deny those allegations in Paragraph 62 of the Complaint. Defendants also admit and allege that this paragraph contains factual allegations concerning a 1985 news article, which speaks for itself. To the extent that this paragraph alleges facts inconsistent with that article, Defendants deny each and every such allegation.

63. Responding to the allegations in paragraph 63 of the Complaint, Defendants lack sufficient information or belief to enable them to admit or deny the allegations of this paragraph, and basing their denial upon that ground, Defendants deny those allegations in paragraph 63 of the Complaint.

64. Responding to the allegations in paragraph 64 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 64 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny the remaining allegations of this paragraph, including characterizations contained therein regarding John E. King's business activities, and basing their denial upon that ground, Defendants deny those allegations in paragraph 64 of the Complaint.

65. Responding to the allegations in paragraph 65 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 65 of the Complaint. Defendants admit

DEFENDANTS' ANSWER

that certain entities associated with John E. King have engaged in hospitality and real estate-related business activities in California. Defendants lack sufficient information or belief to enable them to admit or deny the remaining allegations of this paragraph, including characterizations contained therein regarding John E. King's business activities, and basing their denial upon that ground, Defendants deny those allegations in paragraph 65 of the Complaint.

66. Responding to the allegations in paragraph 66 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 66 of the Complaint. Defendants admit that certain entities associated with John E. King have engaged in hospitality and real estate-related business activities in California, and that John G. King held interests in certain business entities and real estate-related ventures. Defendants lack sufficient information or belief to enable them to admit or deny the allegations of this paragraph concerning the characterizations regarding John E. King's business activities, and basing their denial upon that ground, Defendants deny those allegations in paragraph 66 of the Complaint. Defendants further deny that the allegations accurately characterize John G. King's activities, the ownership, control, or operation of any entities, trusts, or properties, and further denies the allegations regarding the scope, extent, and nature of any purported "network" of entities or trusts, any alleged joint control by members of John E. King's family and their associates, and the alleged size or composition of any family holdings. Except as expressly admitted and alleged, Defendants deny the remaining allegations contained in paragraph 66 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

DEFENDANTS' ANSWER

67.    Responding to the allegations in paragraph 67 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 67 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny the allegations of this paragraph concerning the characterizations concerning John E. King's purported reputation, the number of persons allegedly employed by "King Ventures," the value of any alleged "portfolio of properties," the financial condition of any entities referenced in this paragraph, and the purported economic conditions in 2007, and basing their denial upon that ground, Defendants deny those allegations in paragraph 67 of the Complaint. Except as expressly admitted and alleged, Defendants deny the remaining allegations contained in paragraph 67 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

68.    Responding to the allegations in paragraph 68 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 68 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny the remaining allegations of this paragraph including the characterizations of John E. King's business history, the existence and effect of any alleged judgments or judgment liens, and the assertion that any real estate holdings constituted or were threatened as described, and basing their denial upon that ground, Defendants deny those allegations in paragraph 68 of the Complaint.

DEFENDANTS' ANSWER

69.     Responding to the allegations in paragraph 69 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning certain loan agreements between Textron and Vaquero de los Robles, LLC, and Textron and Spanish Springs II, LLC, which speak for themselves. To the extent that this paragraph alleges facts, legal conclusions and effects, or characterizations inconsistent with the loan agreements, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 69 of the Complaint, including Plaintiffs' characterization of the referenced entities as "King Family's company[ies]," and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

70.     Responding to the allegations in paragraph 70 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 70 of the Complaint. Defendants admit that modifications and extensions of the loan maturity dates were sought. Defendants lack sufficient information or belief to enable them to admit or deny the remaining allegations of this paragraph regarding Nelson's employment status, his relationship to any "King Family insider" characterization, or his alleged status as a "trusted" individual or "business partner" on land deals, and basing their denial upon that ground, Defendants deny those allegations in paragraph 70 of the Complaint.

71.     Responding to the allegations in paragraph 71 of the Complaint, Defendants admit that Textron declined to extend either loan. Except as expressly admitted and alleged, Defendants deny the remaining allegations contained in paragraph 71 of the Complaint.

72.     Responding to the allegations in paragraph 72 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning

20

DEFENDANTS' ANSWER

BROWN WHITE & OSBORN ᴸᴸᴾ
ATTORNEYS

public filings as well as exhibits attached to the Complaint, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants also lack sufficient information or belief to admit the authenticity, admissibility, or completeness of the referenced exhibit, and on that basis, deny those allegations in paragraph 72 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 72 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

73.    Responding to the allegations in paragraph 73 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings as well as exhibits attached to the Complaint, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants also lack sufficient information or belief to admit the authenticity, admissibility, or completeness of the referenced exhibit, and on that basis, deny those allegations in paragraph 73 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 73 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

74.    Responding to the allegations in paragraph 74, Defendants admit and allege that this paragraph contains a statement purporting to define a term, and that such a statement requires no response. To the extent that a response is required, Defendants deny the allegations in paragraph 74 of the Complaint.

75.    Responding to the allegations in paragraph 75, Defendants admit and allege that this paragraph contains a statement purporting to define a term, and that such

21

DEFENDANTS' ANSWER

a statement requires no response. To the extent that a response is required, Defendants deny the allegations in paragraph 75 of the Complaint.

76.     Responding to the allegations in paragraph 76 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves.  To the extent that this paragraph alleges facts inconsistent with these public filings and records, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 76 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

77.     Responding to the allegations in paragraph 77 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning a certain loan agreement with Wells Fargo Bank, National Association, which speak for themselves. To the extent that this paragraph alleges facts, legal conclusions and effects, or characterizations inconsistent with the loan agreements, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 77 of the Complaint, and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

78.     Defendants deny the allegations in paragraph 78 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

79.     Responding to the allegations in paragraph 79 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records, filings, and judgment, which speak for themselves. To the extent that

DEFENDANTS' ANSWER

this paragraph alleges facts, legal conclusions and effects, or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 79 of the Complaint, and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

80.    Responding to the allegations in paragraph 80 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves.  To the extent that this paragraph alleges facts inconsistent with these public filings and records, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 80 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

81.    Responding to the allegations in paragraph 81 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning a judgment, which speaks for itself.  To the extent that this paragraph alleges facts inconsistent with these public filings and records, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 81 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

82.    Responding to the allegations in paragraph 82 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required,

DEFENDANTS' ANSWER

Defendants deny those allegations in paragraph 82 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 82 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

83. Responding to the allegations in paragraph 83 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning a certain loan agreement between United Commercial Bank and Fresno Pacific Towers, Inc., which speaks for itself. To the extent that this paragraph alleges facts, legal conclusions and effects, or characterizations inconsistent with the loan agreement, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 83 of the Complaint, and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

84. Responding to the allegations in paragraph 84 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves.  To the extent that this paragraph alleges facts inconsistent with these public filings and records, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 84 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

85. Responding to the allegations in paragraph 85 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves.  To the extent that this paragraph alleges facts inconsistent with these public filings and records, Defendants

DEFENDANTS' ANSWER

deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 85 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

86.    Responding to the allegations in paragraph 86 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records, which speak for themselves.  To the extent that this paragraph alleges facts inconsistent with these public records, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 86 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

87.    Responding to the allegations in paragraph 87 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves.  To the extent that this paragraph alleges facts inconsistent with those public filings and records, Defendants deny each and every such allegation. Defendants lack sufficient information or belief on the subject to enable them to admit or to deny the remaining allegations contained in paragraph 87 of the Complaint and, basing their denial upon that ground, Defendants deny the allegations in paragraph 87 of the Complaint.

88.    Responding to the allegations in paragraph 88 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings, which speak for themselves.  To the extent that this paragraph alleges facts inconsistent with those public filings, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 88 of the Complaint and affirmatively allege that

25

Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

89.     Responding to the allegations in paragraph 89 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings, which speak for themselves.  To the extent that this paragraph alleges facts inconsistent with those public filings, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 89 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

90.     Responding to the allegations in paragraph 90 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves.  To the extent that this paragraph alleges facts inconsistent with those public filings and records, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 90 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

91.     Responding to the allegations in paragraph 91 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves.  To the extent that this paragraph alleges facts inconsistent with those public filings and records, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 91 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in

DEFENDANTS' ANSWER

BROWN WHITE & OSBORN LLP
ATTORNEYS

connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

92. Responding to the allegations in paragraph 92 of the Complaint, Defendants admit the allegations in Paragraph 92.

93. Responding to the allegations in paragraph 93 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning an agreement between IFIC and Los Lobos, a judgment, and assignment, which speak for themselves.  To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 93 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

94. Responding to the allegations in paragraph 94 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings, which speak for themselves.  To the extent that this paragraph alleges facts inconsistent with those public filings, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 94 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

95. Responding to the allegations in paragraph 95 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings, which speak for themselves.  To the extent that this paragraph alleges facts inconsistent with those public filings, Defendants deny each and every such allegation. Defendants lack sufficient information or belief to enable them to admit or deny any remaining allegation in paragraph 95 and, basing their denial upon that

DEFENDANTS' ANSWER

ground, Defendants deny those allegations in Paragraph 95 of the Complaint, and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

96.     Responding to the allegations in paragraph 96 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning a judgment, which speaks for itself.  To the extent that this paragraph alleges facts inconsistent with the judgment, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 96 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

97.     Responding to the allegations in paragraph 97 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves.  To the extent that this paragraph alleges facts inconsistent with those public filings and records, Defendants deny each and every such allegation. Defendants lack sufficient information or belief on the subject to enable them to admit or to deny the remaining allegations contained in paragraph 97 of the Complaint and, basing their denial upon that ground, Defendants deny the allegations in paragraph 97 of the Complaint.

98.     Responding to the allegations in paragraph 98 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning the Textron Judgments and Textron Satisfaction Agreement, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those

DEFENDANTS' ANSWER

allegations in paragraph 98 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 98 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

99.   Responding to the allegations in paragraph 99 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning the Textron Judgments and Textron Satisfaction Agreement, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 99 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 99 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

100.   Responding to the allegations in paragraph 100 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning the Textron Satisfaction Agreement and public filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 100 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 100 of the Complaint and

DEFENDANTS' ANSWER

affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

101. Responding to the allegations in paragraph 101 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning judgments and public filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 101 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 101 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

102. Responding to the allegations in paragraph 102 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 102 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 102 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

30

DEFENDANTS' ANSWER

103.   Responding to the allegations in paragraph 103 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that the remainder of this paragraph contains a statement purporting to define a term, and that such a statement requires no response. To the extent that a response is required, Defendants deny the allegations in paragraph 103 of the Complaint.

104.   Responding to the allegations in paragraph 104 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement purporting to define a term, and that such a statement requires no response. To the extent that a response is required to that statement, Defendants deny those allegations, as well as the characterization implied by the defined term, in paragraph 104 of the Complaint. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 104 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 104 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

105.   Responding to the allegations in paragraph 105 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning the Textron Satisfaction Agreement and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with

DEFENDANTS' ANSWER

these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 105 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 105 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

106.   Responding to the allegations in paragraph 106 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 106 of the Complaint. Furthermore, Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 106 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 106 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

107.   Responding to the allegations in paragraph 107 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding

DEFENDANTS' ANSWER

the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 107 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 107 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

108.   Responding to the allegations in paragraph 108 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 108 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 108 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

109.   Responding to the allegations in paragraph 109 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 109 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 109 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

33

DEFENDANTS' ANSWER

110. Responding to the allegations in paragraph 110 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 110 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 110 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

111. Responding to the allegations in paragraph 111 of the Complaint, Defendants admit and allege 18 U.S.C. §§ 1956 and 1957 speak for themselves. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 111 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 111 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

112. Responding to the allegations in paragraph 112 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 112 of the Complaint. Except as expressly admitted and

34

DEFENDANTS' ANSWER

alleged, Defendants deny any remaining allegations contained in paragraph 112 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

113.   Responding to the allegations in paragraph 113 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 113 of the Complaint.  Furthermore, Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 113 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 113 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

114.   Responding to the allegations in paragraph 114 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those

DEFENDANTS' ANSWER

allegations in paragraph 114 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 114 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

115.   Responding to the allegations in paragraph 115 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 115 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 115 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

116.   Responding to the allegations in paragraph 116 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 116 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 116 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

DEFENDANTS' ANSWER

117.    Responding to the allegations in paragraph 117 of the Complaint, to the extent this paragraph or the referenced exhibit contain factual allegations concerning certain Defendants' records and files, those documents also speak for themselves. To the extent that this paragraph and the referenced exhibit allege facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph and the referenced exhibit contain a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations as well as those in the referenced exhibit in paragraph 117 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 117 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

118.    Responding to the allegations in paragraph 118 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 118 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 118 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

DEFENDANTS' ANSWER

119.   Responding to the allegations in paragraph 119 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 119 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 119 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

120.   Responding to the allegations in paragraph 120 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning the Textron Satisfaction Agreement, Textron Judgments, and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 120 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 120 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

121.   Responding to the allegations in paragraph 121 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning

DEFENDANTS' ANSWER

certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit that John G. King controls Cliffs Resorts. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 121 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 121 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

122.   Responding to the allegations in paragraph 122 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 122 of the Complaint. Furthermore, Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 122 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 122 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

DEFENDANTS' ANSWER

123.   Responding to the allegations in paragraph 123 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, and judgments, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 123 of the Complaint. Furthermore, Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 123 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 123 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

124.   Responding to the allegations in paragraph 124 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Furthermore, Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 124 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 124 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

DEFENDANTS' ANSWER

125. Responding to the allegations in paragraph 125 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the value of certain properties and interests. To the extent that a response is required, Defendants deny those allegations in paragraph 125 of the Complaint. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 125 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 125 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

126. Responding to the allegations in paragraph 126 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 126 of the Complaint. Furthermore, Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 126 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 126 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

DEFENDANTS' ANSWER

127.   Responding to the allegations in paragraph 127 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 127 of the Complaint. Furthermore, Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 127 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 127 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

128.   Responding to the allegations in paragraph 128 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 128 of the Complaint. Furthermore, Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 128 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any

BROWN WHITE & OSBORN
ATTORNEYS

42

DEFENDANTS' ANSWER

remaining allegations contained in paragraph 128 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

129. Responding to the allegations in paragraph 129 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 129 of the Complaint. Furthermore, Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 129 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 129 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

130. Responding to the allegations in paragraph 130 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings and the Textron Judgments, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in

BROWN WHITE & OSBORN LLP
ATTORNEYS

43

DEFENDANTS' ANSWER

paragraph 130 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 130 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

131.    Responding to the allegations in paragraph 131 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings and the Vaquero Judgment, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with these documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 131 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 131 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

132.    Responding to the allegations in paragraph 132 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 132 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other

44

DEFENDANTS' ANSWER

named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 132 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 132 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

133.    Responding to the allegations in paragraph 133 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 133 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 133 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 133 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

134.    Responding to the allegations in paragraph 134 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and

45

DEFENDANTS' ANSWER

that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 134 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 134 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

135.   Responding to the allegations in paragraph 135 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 135 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 135 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

136.   Responding to the allegations in paragraph 136 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 136 of the Complaint. Except

DEFENDANTS' ANSWER

as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 136 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

137.   Responding to the allegations in paragraph 137 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 137 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 137 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

138.   Responding to the allegations in paragraph 138 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 138 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 138 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

DEFENDANTS' ANSWER

139.   Responding to the allegations in paragraph 139 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 139 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 139 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

140.   Responding to the allegations in paragraph 140 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 140 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 140 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

141.   Responding to the allegations in paragraph 141 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, Textron Satisfaction Agreement, and Textron Judgment which speak for themselves. To the extent that this paragraph alleges facts inconsistent

48

DEFENDANTS' ANSWER

with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 141 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 141 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

142. Responding to the allegations in paragraph 142 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 142 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 142 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

143. Responding to the allegations in paragraph 143 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is

DEFENDANTS' ANSWER

required, Defendants deny those allegations in paragraph 143 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 143 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

144. Responding to the allegations in paragraph 144 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 144 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 144 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

145. Responding to the allegations in paragraph 145 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 145 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 145 of the Complaint and affirmatively allege that Defendants

DEFENDANTS' ANSWER

fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

146.   Responding to the allegations in paragraph 146 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 146 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 146 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

147.   Responding to the allegations in paragraph 147 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 147 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 147 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

148.   Responding to the allegations in paragraph 148 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining

51

DEFENDANTS' ANSWER

allegations contained in paragraph 148 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

149.   Responding to the allegations in paragraph 149 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, and certain Defendants' records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 149 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in paragraph 149 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 149 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

150.   Responding to the allegations in paragraph 150 of the Complaint, to the extent this paragraph or the referenced exhibit contain factual allegations concerning certain Defendants' records and files, those documents speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations and the

DEFENDANTS' ANSWER

referenced exhibit in paragraph 150 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 150 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 150 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

151.   Responding to the allegations in paragraph 151 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning John E. King and third party Terri Reay's testimony, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with any testimony, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 151 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant or third party and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 151 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 151 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

152.   Responding to the allegations in paragraph 152 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such

DEFENDANTS' ANSWER

allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 152 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of Plaintiffs and, basing their denial upon that ground, Defendants deny those allegations in paragraph 152 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 152 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

153.   Responding to the allegations in paragraph 153 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 153 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of Plaintiffs and, basing their denial upon that ground, Defendants deny those allegations in paragraph 153 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 153 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

154.   Responding to the allegations in paragraph 154 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning

DEFENDANTS' ANSWER

public filings and records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 154 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of Plaintiffs and, basing their denial upon that ground, Defendants deny those allegations in paragraph 154 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 154 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

155.   Responding to the allegations in paragraph 155 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 155 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of other named Defendants and, basing their denial upon that ground, Defendants deny those allegations in paragraph 155 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 155 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims

DEFENDANTS' ANSWER

alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

156.   Responding to the allegations in paragraph 156 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 156 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of other named Defendants and, basing their denial upon that ground, Defendants deny those allegations in paragraph 156 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 156 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

157.   Responding to the allegations in paragraph 157 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and certain Defendants records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 157 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 157 of the Complaint and

DEFENDANTS' ANSWER

affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

158.   Responding to the allegations in paragraph 158 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and certain Defendants records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 158 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of other named Defendants and, basing their denial upon that ground, Defendants deny those allegations in paragraph 158 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 158 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

159.   Responding to the allegations in paragraph 159 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records, and certain Defendants records and files, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 159 of the Complaint. Except as expressly admitted and alleged, Defendants

DEFENDANTS' ANSWER

deny any remaining allegations contained in paragraph 159 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

160.   Responding to the allegations in paragraph 160 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 160 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 160 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

161.   Responding to the allegations in paragraph 161 of the Complaint, Defendants admit and allege that 18 U.S.C. § 1961(5) speaks for itself.  Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 161 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 161 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

162.   Responding to the allegations in paragraph 162 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement

BROWN WHITE & OSBORN LLP
ATTORNEYS

DEFENDANTS' ANSWER

of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 162 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 162 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

163.   Responding to the allegations in paragraph 163 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning communications between counsel for Carole D. King and counsel for Wolverine, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those communications, Defendants deny each and every such allegation. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged litigation decisions of Wolverine and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 163 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 163 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

164.   Responding to the allegations in paragraph 164 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning Carole D. King's production in response to Wolverine's subpoena, which speaks for itself. To the extent that this paragraph alleges facts inconsistent with that production, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 164 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

DEFENDANTS' ANSWER

165. Responding to the allegations in paragraph 165 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning John E. King's JDE testimony, which speaks for itself. To the extent that this paragraph alleges facts inconsistent with that testimony, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 165 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

166. Responding to the allegations in paragraph 166 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning John E. King's JDE testimony and a document referred to as a "financial statement," which speak for themselves. To the extent that this paragraph alleges facts inconsistent with that testimony and the document, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 166 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

167. Responding to the allegations in paragraph 167 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning John E. King's JDE testimony, which speaks for itself. To the extent that this paragraph alleges facts inconsistent with that testimony, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 167 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

DEFENDANTS' ANSWER

168.   Responding to the allegations in paragraph 168 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning John E. King's JDE testimony, which speaks for itself. To the extent that this paragraph alleges facts inconsistent with that testimony, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 168 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

169.   Responding to the allegations in paragraph 169 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning a document referred to as a "General Ledger captioned 'King Properties,'" which speaks for itself. To the extent that this paragraph alleges facts inconsistent with that testimony and the document, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 169 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

170.   Responding to the allegations in paragraph 170 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 170 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the "research" and "analysis of the documents" conducted by

DEFENDANTS' ANSWER

Wolverine or the basis for Wolverine's filing of the Bankruptcy Cases and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 170 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 170 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

171. Responding to the allegations in paragraph 171 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 171 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 171 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

172. Responding to the allegations in paragraph 172 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations, characterizations, and contentions concerning public records and filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 172 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the "research" and "analysis of the documents" conducted by Wolverine or the basis for Wolverine's filing of the Bankruptcy Cases and, basing their denial upon that ground, Defendants deny

62

DEFENDANTS' ANSWER

those allegations in Paragraph 172 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 172 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

173. Responding to the allegations in paragraph 173 of the Complaint, Defendants admit and allege 11 U.S.C. § 303(b) speaks for itself. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to Wolverine's communications with other purported creditors and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 173 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 173 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

174. Responding to the allegations in paragraph 174 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 174 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

175. Responding to the allegations in paragraph 175 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, John E. King's testimony, and discovery requests and subpoenas which speak for themselves. To the extent that this paragraph alleges facts

DEFENDANTS' ANSWER

inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 175 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to Wolverine's litigation conduct or reasoning therefore and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 175 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 175 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

176.   Responding to the allegations in paragraph 176 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning Carole D. King's discovery responses, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 176 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

177.   Responding to the allegations in paragraph 177 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning John E. King's discovery responses and JDE testimony, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for

DEFENDANTS' ANSWER

this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 177 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 177 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

178.   Responding to the allegations in paragraph 178 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 178 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 178 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

179.   Responding to the allegations in paragraph 179 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 179 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any

DEFENDANTS' ANSWER

allegation relating to the litigation conduct of third parties including MBC, and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 179 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 179 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

180.   Responding to the allegations in paragraph 180 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning John E. King's testimony and public records and filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with that testimony or documents, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 180 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

181.   Responding to the allegations in paragraph 181 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 181 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

182.   Responding to the allegations in paragraph 182 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, which speak for themselves. To the extent that this paragraph

66

DEFENDANTS' ANSWER

alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 182 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

183.    Responding to the allegations in paragraph 183 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records as well as John E. King's testimony, which speaks for itself. To the extent that this paragraph alleges facts inconsistent with those documents or that testimony, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 183 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 183 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

184.    Responding to the allegations in paragraph 184 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning settlement agreements and public records and filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 184 of the Complaint.  Except as expressly admitted and alleged, Defendants

DEFENDANTS' ANSWER

deny any remaining allegations contained in paragraph 184 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

185.    Responding to the allegations in paragraph 185 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, which speak for themselves. To the extent that this paragraph alleges facts inconsistent with those documents, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 185 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

186.    Responding to the allegations in paragraph 186 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning the referenced testimony and engagement agreement, which speaks for itself. To the extent that this paragraph alleges facts inconsistent with that testimony, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 186 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

187.    Responding to the allegations in paragraph 187 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and

DEFENDANTS' ANSWER

that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 187 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 187 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

188.   Responding to the allegations in paragraph 188 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 188 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 188 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

189.   Responding to the allegations in paragraph 189 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public records and filings, which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 189 of the

DEFENDANTS' ANSWER

Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 189 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

190.   Responding to the allegations in paragraph 190 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning documents, communications, and public records and filings, which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 190 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 190 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

191.   Responding to the allegations in paragraph 191 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning communications and documents, which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 191 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 191 of the Complaint and

70

DEFENDANTS' ANSWER

affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

192.   Responding to the allegations in paragraph 192 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning communications and documents, which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 192 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 192 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

193.   Responding to the allegations in paragraph 193 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning documents which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 193 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 193 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims

BROWN WHITE & OSBORN
ATTORNEYS

DEFENDANTS' ANSWER

alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

194.    Responding to the allegations in paragraph 194 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning communications and documents which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 194 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 194 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

195.    Responding to the allegations in paragraph 195 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning communications and documents which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 195 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 195 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

72

DEFENDANTS' ANSWER

196.   Responding to the allegations in paragraph 196 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning communications, documents, and public filings and records which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 196 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant or third-parties and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 196 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 196 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

197.   Responding to the allegations in paragraph 197 of the Complaint, Defendants admit that A.J. Spurs is dissolved. Defendants further admit and allege that this paragraph contains factual allegations concerning financial records which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those records, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 197 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 197 of the Complaint and affirmatively allege that Defendants

fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

198.   Responding to the allegations in paragraph 198 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 198 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

199.   Responding to the allegations in paragraph 199 of the Complaint, Defendants admit that A.J. Spurs is dissolved. Defendants further admit and allege that this paragraph contains factual allegations concerning financial records which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those records, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 199 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 199 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

200.   Responding to the allegations in paragraph 200 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning financial records which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those records, Defendants deny each and

DEFENDANTS' ANSWER

BROWN WHITE & OSBORN LLP
ATTORNEYS

every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 200 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 200 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

201.   Responding to the allegations in paragraph 201 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning financial records which speak for themselves. Defendants also admit that the exhibits attached to the Complaint speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 201 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 201 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

202.   Responding to the allegations in paragraph 202 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning financial records as well as public records and filings which speak for themselves. Defendants also admit that the exhibits attached to the Complaint, to the extent they are referenced in this paragraph, speak for themselves. To the extent that this paragraph

DEFENDANTS' ANSWER

alleges facts or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 202 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 202 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

203.   Responding to the allegations in paragraph 203 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning financial records as well as public records and filings which speak for themselves. Defendants also admit that the exhibit attached to the Complaint, to the extent they are referenced in this paragraph, as well as 18 U.S.C. § 1343 and 18 U.S.C. § 1341 speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with those documents, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 203 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 203 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

204.   Responding to the allegations in paragraph 204 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal

DEFENDANTS' ANSWER

argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 204 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 204 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

205.   Responding to the allegations in paragraph 205 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 205 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 205 of the Complaint, including denying that Plaintiffs have been harmed or that their alleged harm was caused by Defendants, and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

206.   Responding to the allegations in paragraph 206 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 206 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 206 of the Complaint, including denying that Plaintiffs have been harmed or that their alleged harm was caused by Defendants, and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

DEFENDANTS' ANSWER

BROWN WHITE & OSBORN LLP
ATTORNEYS

207.   Responding to the allegations in paragraph 207 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 207 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 207 of the Complaint, including denying that Plaintiffs have been harmed or that their alleged harm was caused by Defendants, and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

208.   Responding to the allegations in paragraph 208 of the Complaint, Defendants admit and allege that *United States v. Boyle*, 556 U.S. 938 (2009) speaks for itself. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 208 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 208 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

209.   Responding to the allegations in paragraph 209 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning testimony as well as public records and filings which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with that testimony, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no

DEFENDANTS' ANSWER

response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 209 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 209 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

210. Responding to the allegations in paragraph 210 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning testimony as well as public records and filings which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with that testimony, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 210 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

211. Responding to the allegations in paragraph 211 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning testimony as well as public records and filings which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with that testimony, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 211 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

212. Responding to the allegations in paragraph 212 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning testimony as well as public records and filings which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with that

DEFENDANTS' ANSWER

testimony, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 212 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

213.   Responding to the allegations in paragraph 213 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning testimony as well as public records and filings which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with that testimony, Defendants deny each and every such allegation. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 213 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

214.   Responding to the allegations in paragraph 214 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 214 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 214 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 214 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

215.   Responding to the allegations in paragraph 215 of the Complaint, Defendants admit and allege that *Barnes v. Crown Jewels, LLC*, No. 2:14-cv04098-

DEFENDANTS' ANSWER

ODW(MRWx), 2014 U.S. Dist. LEXIS 141177, at *7-8 n.4 (C.D. Cal. Oct. 1, 2014) speaks for itself. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 215 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 215 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 215 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

216.    Responding to the allegations in paragraph 216 of the Complaint, Defendants admit and allege that *UTHE Tech. Corp. v. Allen*, 2016 U.S. Dist. LEXIS 49222, at *5 (N.D. Cal. Apr. 12, 2016) and *Kearney v. Foley & Lardner, LLP*, 607 F. App'x 757, 758 (9th Cir. 2015) speak for themselves.  Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 216 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 216 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 216 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

DEFENDANTS' ANSWER

217.   Responding to the allegations in paragraph 217 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning financial records, as well as public filings and records, which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with that testimony, Defendants deny each and every such allegation.  Defendants further admit and allege that *Grimmett v. Brown*, 75 F.3d 506, 512 (9th Cir. 1996) speaks for itself. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 217 of the Complaint. Defendants lack sufficient information or belief to enable them to admit or deny any allegation relating to the alleged conduct of any other named Defendant and, basing their denial upon that ground, Defendants deny those allegations in Paragraph 217 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 217 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

218.   Responding to the allegations in paragraph 218 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 218 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 218 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

<u>**COUNT I: FEDERAL RACKETEER INFLUENCED**</u>

<u>**AND CORRUPT ORGANIZATIONS ACT,**</u>

<u>**18 U.S.C. § 1962(C) — AGAINST ALL DEFENDANTS**</u>

219. Responding to the allegations in paragraph 219 of the Complaint, Defendants reallege and incorporate by reference, as though set forth in full, their admissions and denials alleged in paragraphs 1-218.

220. Responding to the allegations in paragraph 220 of the Complaint, Defendants deny each and every allegation of paragraph 220, including footnote 9.

221. Responding to the allegations in paragraph 221 of the Complaint, Defendants deny each and every allegation of paragraph 221(a)-(m).

222. Responding to the allegations in paragraph 222 of the Complaint, Defendants deny each and every allegation of paragraph 222, including the authenticity, admissibility, and veracity of Exhibit 18.

223. Responding to the allegations in paragraph 223 of the Complaint, Defendants deny each and every allegation of paragraph 223.

224. Responding to the allegations in paragraph 224 of the Complaint, Defendants deny each and every allegation of paragraph 224.

225. Responding to the allegations in paragraph 225 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with that testimony, Defendants deny each and every such allegation. Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 225 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 225 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims

DEFENDANTS' ANSWER

alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

226.   Responding to the allegations in paragraph 226 of the Complaint, Defendants admit and allege that this paragraph contains factual allegations concerning public filings and records, which speak for themselves. To the extent that this paragraph alleges facts or characterizations inconsistent with that testimony, Defendants deny each and every such allegation.  Defendants further admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 226 of the Complaint. Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 226 of the Complaint and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

227.   Responding to the allegations in paragraph 227 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 227 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 227 of the Complaint, including but not limited to denying that Plaintiffs have been harmed, that their alleged harm was caused by Defendants, and that Plaintiffs are entitled to any of the alleged damages, attorney's fees, costs, expert fees, treble / punitive damages, or any other relief sought, and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

DEFENDANTS' ANSWER

228. Responding to the allegations in paragraph 228 of the Complaint, Defendants deny the allegations contained in paragraph 228 of the Complaint.

## COUNT 2:  CIVIL RICO CONSPIRACY -
## 18 U.S.C. § 1962(D) — AGAINST ALL DEFENDANTS

229. Responding to the allegations in paragraph 229 of the Complaint, Defendants reallege and incorporate by reference, as though set forth in full, their admissions and denials alleged in paragraphs 1-228.

230. Responding to the allegations in paragraph 230 of the Complaint, Defendants deny the allegations contained in paragraph 230 of the Complaint.

231. Responding to the allegations in paragraph 231 of the Complaint, Defendants deny the allegations contained in paragraph 231 of the Complaint.

232. Responding to the allegations in paragraph 232 of the Complaint, Defendants deny the allegations contained in paragraph 232(a)-(e) of the Complaint.

233. Responding to the allegations in paragraph 233 of the Complaint, Defendants deny the allegations contained in paragraph 233 of the Complaint.

234. Responding to the allegations in paragraph 234 of the Complaint, Defendants admit and allege that this paragraph contains a statement of Plaintiffs' contentions regarding the basis for this lawsuit, and that such statement is legal argument to which no response is required. To the extent that a response is required, Defendants deny those allegations in paragraph 234 of the Complaint.  Except as expressly admitted and alleged, Defendants deny any remaining allegations contained in paragraph 234 of the Complaint, including but not limited to denying that Plaintiffs have been harmed, that their alleged harm was caused by Defendants, and that Plaintiffs are entitled to any of the alleged damages, attorney's fees, costs, expert fees, treble / punitive damages, or any other relief sought, and affirmatively allege that Defendants fully complied with all applicable laws in connection with the claims alleged in the Complaint and that there is no basis for the Court to grant any relief to Plaintiffs.

DEFENDANTS' ANSWER

235.   Responding to the allegations in paragraph 235 of the Complaint, Defendants deny the allegations contained in paragraph 235 of the Complaint.

## PRAYER FOR RELIEF

To the extent Defendants are required to respond to Plaintiffs' prayer for relief, Defendants deny all allegations of the prayer, and further deny that Defendants, and each of them, have caused Plaintiffs, and each of them, any harm, as alleged or at all, and Defendants deny Plaintiffs were damaged in any sum or sums or that they are entitled to any award or recovery as alleged or at all against Defendants.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses to the Complaint of Plaintiffs Coronitas Holdings, LLC and Wolverine Endeavors VIII, LLC ("Plaintiffs"), and without conceding that they bear the burden of proof or persuasion as to any matter that is Plaintiffs' burden to prove, Defendants allege as follows. Defendants do not, by asserting any defense below, admit any allegation of the Complaint, and Defendants reserve the right to amend or supplement these defenses as discovery and investigation proceed. The following defenses are pled in the alternative and without prejudice to one another.

## FIRST AFFIRMATIVE DEFENSE

### *(Failure to State a Claim)*

The Complaint, and each purported claim for relief alleged therein, fails to sufficiently allege a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### *(Lack of Standing – No Express Assignment of RICO Claims)*

Plaintiffs lack standing, and the Court lacks subject-matter jurisdiction, because the RICO claims Plaintiffs purport to assert cannot be and/or were never expressly assigned to them. Standing is a jurisdictional prerequisite, and its absence requires dismissal.

DEFENDANTS' ANSWER

**THIRD AFFIRMATIVE DEFENSE**

*(Lack of RICO Standing – 18 U.S.C. § 1964(c))*

Plaintiffs lack standing under 18 U.S.C. § 1964(c) because they have not suffered, and cannot establish, an injury to their business or property that was proximately caused by any alleged violation of RICO. Furthermore, Plaintiffs have failed to allege a cognizable "injury to business or property" within the meaning of 18 U.S.C. § 1964(c) that is distinct from the mere non-payment of an underlying debt. Attorneys' fees, costs of collection, and delay in enforcing a judgment are consequential damages that do not, standing alone, constitute injury to business or property under RICO. Plaintiffs must demonstrate a concrete loss of property in which they held a cognizable interest—not merely frustration of collection efforts. The inability to collect on a judgment due to a debtor's insolvency or asset protection planning, without more, does not give rise to civil RICO standing.

**FOURTH AFFIRMATIVE DEFENSE**

*(Noerr–Pennington Immunity / First Amendment Petition Clause)*

Plaintiffs' claims are barred, in whole or in part, by the Noerr–Pennington doctrine and the Petition Clause of the First Amendment because the conduct alleged as predicate acts consists of constitutionally protected litigation filings, proceedings, and/or petitioning activity. The narrow "sham litigation" exception does not apply because Plaintiffs do not plausibly allege that any such filing, proceeding, or petitioning activity was objectively baseless.

**FIFTH AFFIRMATIVE DEFENSE**

*(Failure to Allege an Enterprise)*

Plaintiffs fail to allege the existence of any "enterprise" distinct from the alleged pattern of racketeering activity and from the alleged RICO persons.  Specifically, Plaintiffs fail to allege any decision-making structure, hierarchy, or organizational framework independent of the alleged wrongdoing itself, and instead rely solely on pre-

DEFENDANTS' ANSWER

existing family ties, long-standing business relationships, and coordinated litigation activity to define the purported "enterprise."

**SIXTH AFFIRMATIVE DEFENSE**

*(Failure to Allege Operation or Management)*

Plaintiffs fail to allege that Defendants participated in the "operation or management" of any alleged enterprise, as required to state a claim under 18 U.S.C. § 1962(c). Conclusory assertions that Defendants transferred funds, received payments, or "served as a repository" do not establish that Defendants had any part in directing the affairs of an enterprise.

**SEVENTH AFFIRMATIVE DEFENSE**

*(Failure to Allege a Pattern of Racketeering Activity)*

Plaintiffs fail to allege a pattern of racketeering activity because they do not attribute to Defendants at least two related predicate acts committed within a ten-year period that amount to, or pose a threat of, continued criminal activity. The isolated and completed acts alleged are neither sufficiently related nor continuous to constitute a RICO pattern.

**EIGHTH AFFIRMATIVE DEFENSE**

*(Failure to Plead Fraud with Particularity – Rule 9(b))*

To the extent the alleged predicate acts sound in mail fraud or wire fraud, the Complaint fails to satisfy Federal Rule of Civil Procedure 9(b) because it does not plead with particularity the time, place, and manner of each alleged act of fraud or the role of each Defendant therein, instead relying on impermissible "group pleading," and fails to allege the specific intent to defraud required for each such predicate act.

**NINTH AFFIRMATIVE DEFENSE**

*(Lack of Causation)*

Plaintiffs cannot establish that any conduct of Defendants was the but-for or proximate cause of any injury to Plaintiffs. The conduct of which Plaintiffs complain predates both the entry of the underlying judgments and Plaintiffs' acquisition of the

88

DEFENDANTS' ANSWER

East West Bank and Insurance Company of the West judgments; it is therefore a temporal impossibility for that conduct to have proximately caused injury to Plaintiffs as later assignees.

<b>TENTH AFFIRMATIVE DEFENSE</b>

<i>(No Interest in the Instruments Allegedly Violated)</i>

Plaintiffs hold no right, title, or interest, by assignment or otherwise, in the Textron Agreement of Satisfaction of Judgments and Release or in the 2012 and 2022 charging and assignment orders, which were held respectively by Textron Financial Corporation, ORKA Real Estate Partners LLC, and AKRO Real Estate Partners LLC. Plaintiffs therefore lack standing to claim any injury arising from the alleged breach or violation of those instruments and orders.

<b>ELEVENTH AFFIRMATIVE DEFENSE</b>

<i>(Statute of Limitations)</i>

Plaintiffs' claims are barred, in whole or in part, by the four-year statute of limitations applicable to civil RICO claims, because Plaintiffs and their assignors knew or, in the exercise of reasonable diligence, should have known of their alleged injury more than four years before this action was commenced.

<b>TWELFTH AFFIRMATIVE DEFENSE</b>

<i>(RICO Conspiracy Fails Derivatively – 18 U.S.C. § 1962(d))</i>

Plaintiffs' claim for conspiracy to violate RICO under 18 U.S.C. § 1962(d) fails as a matter of law because Plaintiffs have failed to allege a viable substantive RICO violation under 18 U.S.C. § 1962(c).

<b>THIRTEENTH AFFIRMATIVE DEFENSE</b>

<i>(Intracorporate Conspiracy Doctrine)</i>

Plaintiffs' claim for conspiracy to violate RICO under 18 U.S.C. § 1962(d) is barred, in whole or in part, by the intracorporate conspiracy doctrine. The persons Plaintiffs allege to have conspired are members of a single family and the trusts, entities, and agents acting on their collective behalf, and the conduct alleged was

89

DEFENDANTS' ANSWER

undertaken in the course of that single, common economic interest. Because agents and constituents of a single enterprise acting on its behalf are legally incapable of conspiring with one another or with the enterprise, Plaintiffs cannot establish the agreement between legally distinct persons that a RICO conspiracy requires.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Failure to Join Required Parties)

The Complaint is subject to dismissal or limitation to the extent it fails to join one or more parties required for a just adjudication under Federal Rule of Civil Procedure 19, in whose absence complete relief cannot be accorded among the existing parties.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands / In Pari Delicto)

Plaintiffs' claims are barred, in whole or in part, by the doctrines of unclean hands and in pari delicto, as Plaintiffs acquired the underlying judgments for nominal consideration and engaged in the collection and litigation conduct described herein and in the Complaint. Insofar as Plaintiffs purchased the EWB Judgment and ICW Judgment at steep discounts with the intent to engage in lawsuit-driven collection efforts, including filing or threatening involuntary bankruptcy petitions and federal RICO claims, such conduct constitutes champerty, an abuse of process, or inequitable conduct that bars equitable and extraordinary relief. Plaintiffs cannot invoke the extraordinary remedies of RICO when they have weaponized the judicial process by acquiring judgments solely for litigation value rather than as bona fide creditors seeking ordinary debt collection.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, and Laches)

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, estoppel, and laches, including by reason of the delay of Plaintiffs and their assignors in asserting the rights now claimed and the resulting prejudice to Defendants.

90

DEFENDANTS' ANSWER

## SEVENTEENTH AFFIRMATIVE DEFENSE

*(Setoff and Offset)*

Any recovery by Plaintiffs must be reduced or offset by all amounts paid, credited, satisfied, or otherwise discharged with respect to the underlying judgments and obligations, including amounts received in the bankruptcy and related proceedings.

## EIGHTEENTH AFFIRMATIVE DEFENSE

*(Failure to Mitigate)*

Plaintiffs' recovery, if any, is barred or reduced to the extent Plaintiffs and their assignors failed to take reasonable steps to mitigate their alleged damages.

## NINETEENTH AFFIRMATIVE DEFENSE

*(Speculative and Unmatured Damages)*

Plaintiffs' alleged damages are speculative, uncertain, and contingent, and have not matured, including because Plaintiffs' alleged inability to collect on the underlying judgments has not been finally determined.

## TWENTIETH AFFIRMATIVE DEFENSE

*(Assignee Takes Subject to Defenses)*

Plaintiffs are assignees of the East West Bank and Insurance Company of the West judgments and, as such, stand in the shoes of their assignors and take those judgments and any associated rights subject to all defenses, setoffs, recoupments, releases, waivers, discharges, and equities that exist or could have been asserted against East West Bank and Insurance Company of the West—including those arising from the bankruptcy proceedings and the court-approved compromises, the satisfaction and release of the underlying obligations, and the conduct of the assignors in the related state-court enforcement and fraudulent-conveyance litigation. Plaintiffs can acquire no greater rights than their assignors held.

//

//

DEFENDANTS' ANSWER

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### *(Release; Accord and Satisfaction)*

Plaintiffs' claims are barred, in whole or in part, by release and by accord and satisfaction. To the extent applicable, the obligations and conduct on which Plaintiffs' claims are premised were released, satisfied, compromised, or discharged, including by the December 22, 2010 Agreement of Satisfaction of Judgments and Release and by the court-approved compromises entered in the bankruptcy proceedings resolving the claims of Insurance Company of the West and East West Bank. Plaintiffs, as assignees, are bound by those releases and satisfactions to the same extent as their assignors.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### *(Res Judicata; Collateral Estoppel)*

Plaintiffs' claims are barred, in whole or in part, by the doctrines of res judicata (claim preclusion) and collateral estoppel (issue preclusion). To the extent the validity, priority, amount, or enforceability of the judgments, liens, charging orders, transfers, and any deed of trust now recharacterized as predicate acts was actually litigated and determined with respect to any named Defendant, or could have been litigated, in the prior bankruptcy proceedings (including the dismissed involuntary petitions and the court-approved compromises), the related appellate proceedings, and the prior state-court enforcement litigation, Plaintiffs and their assignors are precluded from relitigating those matters in the guise of a civil RICO claim.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### *(Non-Assignability of RICO Claims; Assignment of a Bare Right to Litigate)*

Plaintiffs' claims are barred because a civil RICO cause of action is not freely assignable and may be transferred, if at all, only by an express assignment, which did not occur here. The instruments by which Plaintiffs acquired the underlying judgments for nominal consideration conveyed only the assignors' "right, title and interest" in the money judgments and amount, at most, to an attempted assignment of a bare right to

DEFENDANTS' ANSWER

litigate, which does not confer standing to prosecute the RICO claims asserted in the Complaint.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### *(Privilege)*

Defendants allege that Plaintiffs' claims implicate confidential communications between Defendants and their attorneys, and Defendants' inability to disclose those communications, by virtue of the attorney-client privilege, materially and impermissibly hinders Defendants' ability to mount a defense. Defendants further allege that Plaintiffs' claims are subject to the privileges codified in Cal. Civ. Code § 47 and/or the Noerr-Pennington Doctrine.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### *(Equitable Estoppel)*

Defendants allege that Plaintiffs' conduct, including Plaintiffs' continuing collection and litigation activity based on the judgments, after filing the present lawsuit, equitably estops Plaintiff from obtaining any relief herein and/or constitutes a waiver of rights.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### *(Superseding Cause)*

As a separate, affirmative defense, Defendants allege that Plaintiffs' own conduct acted as a superseding, intervening cause of Plaintiffs' alleged injuries in this action. Alternatively, damages must be apportioned to account based thereupon.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### *(Good Faith and Absence of Fraudulent Intent)*

Plaintiffs' RICO claims are barred, in whole or in part, because Defendants acted in good faith and without fraudulent intent. The transactions and transfers challenged by Plaintiffs were undertaken for legitimate business purposes. Defendants reasonably believed their conduct was lawful and proper. The absence of scienter or fraudulent intent defeats Plaintiffs' claims predicated on mail fraud, wire fraud, and civil RICO

conspiracy. Defendants neither intended to harm Plaintiffs nor to violate any law, and any characterization of legitimate business restructuring or family succession planning as fraudulent is unsupported by the facts and contrary to law.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Safe Harbor for Settlement Agreements and Court-Approved Compromises)

Plaintiffs' claims are barred, in whole or in part, by the safe harbor doctrine applicable to bona fide settlement agreements and court-approved compromises, including with respect to the Textron Satisfaction Agreement. The entry of the Textron Satisfaction Agreement and any thereof was disclosed publicly. Plaintiffs, as assignees of junior creditors, took their positions subject to the Textron Satisfaction Agreement and its enforcement mechanisms. Plaintiffs cannot now recharacterize a lawful settlement and assignment as fraudulent merely because it disadvantages their collection efforts.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Judicial Estoppel)

Plaintiffs' claims are barred, in whole or in part, by the doctrine of judicial estoppel. Plaintiffs have taken inconsistent positions in different judicial proceedings regarding the validity, enforceability, and amounts owed under the judgments they hold and now seek to enforce. To the extent Plaintiffs or their assignors previously represented to courts or other parties that the underlying obligations were valid, enforceable, and collectible through ordinary post-judgment enforcement mechanisms, they are estopped from now asserting that those same obligations can only be satisfied through RICO remedies or that the judgment debtors' assets have been fraudulently concealed or transferred. Plaintiffs cannot simultaneously maintain that their judgments are valid and enforceable while claiming that the very structure and ownership of the judgment debtors' assets render collection impossible due to fraud. Allowing Plaintiffs to adopt contradictory positions would permit manipulation of the judicial process and undermine the integrity of prior proceedings.

DEFENDANTS' ANSWER

**THIRTIETH AFFIRMATIVE DEFENSE**

*(Standing Derivative of Assignors' Rights – No Greater Rights Than Assignors)*

Plaintiffs lack standing to assert certain claims because, as assignees of the EWB Judgment and ICW Judgment, they acquired only those rights their assignors possessed at the time of assignment and can acquire no greater rights. To the extent East West Bank and Insurance Company of the West entered into settlements, releases, compromises, or forbearance agreements with the judgment debtors or related parties, or participated in or acquiesced to the structure of enforcement proceedings (including bankruptcy proceedings and involuntary petitions), Plaintiffs are bound by those determinations and limitations. Plaintiffs cannot use their status as assignees to circumvent defenses, releases, or settlements that would have barred their assignors. Additionally, if assignors failed to timely pursue claims or enforce rights, such delay or failure is imputed to Plaintiffs and bars claims dependent on theories of concealment or delayed discovery.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

*(Business Judgment Rule and Legitimate Corporate Governance)*

Plaintiffs' claims are barred, in whole or in part, to the extent they challenge legitimate corporate governance, business decisions, entity structuring, and family succession planning protected by the business judgment rule and principles of corporate autonomy. The formation of limited liability companies, assignment of interests, restructuring of ownership, capitalization decisions, payment of operating expenses, tax planning, and estate planning described in the Complaint constitute ordinary business and family financial planning activities undertaken by owners and managers of closely held entities. Such activities are presumptively valid exercises of business judgment and property rights. Absent evidence of conduct that is illegal per se (as opposed to conduct that Plaintiffs characterize as fraudulent based on their status as creditors), Defendants' structuring and management decisions are protected. Plaintiffs improperly seek to

DEFENDANTS' ANSWER

impose liability for lawful business decisions made before Plaintiffs acquired their judgments or became creditors.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

### *(Protected Privacy and Family Financial Planning)*

Plaintiffs' claims improperly intrude upon Defendants' constitutional and statutory rights to privacy in family financial affairs, estate planning, and confidential attorney-client and accountant-client communications. The Complaint alleges as "racketeering activity" conduct that is consistent with legitimate family wealth transfer, tax-advantaged structuring, generational succession planning, and confidential legal advice regarding creditor rights and remedies. Imposing RICO liability based on family members forming entities, parents transferring assets to children, use of trusts, and consulting with attorneys regarding asset protection would chill fundamental rights to family autonomy, privacy, and access to legal counsel. To the extent Plaintiffs' claims depend on characterizing privileged communications or lawful family financial planning as evidence of a criminal enterprise, those claims violate public policy and are barred.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

### *(Adequate Remedy at Law)*

Plaintiffs' claims for equitable relief, including requests for constructive trust, receivership, and injunctive relief pursuant to 18 U.S.C. § 1964(a), are barred because Plaintiffs have an adequate remedy at law through ordinary post-judgment enforcement procedures. Plaintiffs have actively pursued and obtained such remedies, including charging orders, judgment renewals, and extensive discovery. Equitable remedies are unavailable where adequate legal remedies exist. Plaintiffs cannot bypass the limitations and procedural safeguards of state-law enforcement mechanisms by repackaging collection efforts as federal RICO claims.

//

DEFENDANTS' ANSWER

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

*(Lack of Proximate Cause and Speculative Causation Chain)*

Plaintiffs cannot establish proximate cause between the alleged predicate acts and their claimed injuries. Plaintiffs' damages allegedly arise from the judgment debtors' insolvency and inability to pay judgments, conditions that existed independent of and prior to many of the challenged transactions. The Complaint alleges a complex, multi-step chain of transactions spanning more than a decade, involving multiple entities, family members, and third parties. Plaintiffs cannot demonstrate that any single transaction or set of transactions was the proximate cause of their inability to collect, particularly where: (a) the judgments were entered after many of the alleged "predicate acts" had already occurred; (b) Plaintiffs are assignees who took their judgments subject to preexisting liens, encumbrances, and settlement agreements; (c) the Debtors were subject to multiple judgments from multiple creditors, making it speculative which creditor would have recovered but for the alleged scheme; and (d) intervening events, including the voluntary bankruptcy dismissals, settlements by other creditors, and Plaintiffs' own litigation strategy, contributed to the claimed harm.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

*(Reservation of Additional Defenses)*

Defendants have not knowingly or intentionally waived any applicable affirmative defense and reserve the right to assert, and hereby give notice of their intention to rely upon, such additional affirmative defenses as may become available or apparent during discovery, and to amend their Answer accordingly.

**WHEREFORE**, the Defendants pray:

1. That the RICO Complaint be dismissed with prejudice;

2. That Plaintiffs take nothing by the Complaint and that Judgment be entered in favor of Defendants and against Plaintiffs;

3. For Defendants' costs of suit;

DEFENDANTS' ANSWER

4.  For Defendants' attorney's fees as allowed by contract and/or applicable law; and,

5.  For such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Defendants demand a jury on all issues so triable.

DATED:  June 23, 2026          BROWN WHITE & OSBORN LLP

By _____
KENNETH P. WHITE
KARINEH DARBINIAN
Attorneys for Defendants
1023 Monterey Investors LLC; 1035
Monterey Investors LLC; A.J. Spurs, Inc.,
Buellton; Addie Street Land Group LP;
AKRO Real Estate Partners LLC;
Distinctive Resorts, Inc.; Cliffs Resort
LLC; Fernwood Resort, LLC; Higuera
Brew LLC; JGK Construction LLC; John
G. King, Individually and as Trustee of the
JG King Living Trust, Dated February 25,
2021; Los Lobos Investments LLC;
Mission Grove Associates; Montalban
Street Group; Spanish Vineyards LLC;
Sycamore Mineral Springs LLC; The
SeaVenture Resort, LLC; The Vineyards
At Spanish Springs, LLC

98

DEFENDANTS' ANSWER