SKT LAW, P.C.
Eliot F. Krieger (SBN 159647) ekrieger@skt.law
Heidi Stilb Lewis, (SBN 98046) hlewis@skt.law
Maren B. Hufton (SBN 253445) mhufton@skt.law
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
(949) 523-3333 Telephone | (949) 523-3003 Facsimile

Attorneys for Defendants John E. King, individually and as trustee of the John and Carole King Family Trust dated April 20, 2006, the John and Carole King Family Trust dated April 20, 2006, Black Chaps, LLC, Boutique Hotel Collection, Inc., Michael Nelson, and Lana Lucas

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1225
HUNTINGTON BEACH, CALIFORNIA 92647
T: (949) 523-3333 | F: (949) 523-3003

| | |
|---|---|
| CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company, | CASE NO.  2:25-cv-11946-JFW-SK |
| | Judge: John F. Walter |
| | Courtroom: 7A |
| Plaintiff, | |
| vs. | **NOTICE AND SUGGESTION OF DEATH OF DEFENDANT CAROLE KING UPON THE RECORD PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)** |
| 1023 MONTEREY INVESTORS LLC, a California limited liability company; 1035 MONTEREY INVESTORS LLC, a California limited liability company; A.J. SPURS, INC., BUELLTON, a California corporation; ADDIE STREET LAND GROUP LP, a California limited partnership; AKRO REAL ESTATE PARTNERS LLC, a California limited liability company; APPLE FARM COLLECTIONS-SLO, INC., a California corporation; BLACK CHAPS LLC, a California limited liability company; BOUTIQUE HOTEL COLLECTION, INC., a California corporation; DISTINCTIVE RESORTS, INC., a California corporation; CLIFFS RESORT LLC, a California limited liability company; FERNWOOD RESORT, LLC. a California limited liability | Complaint Filed: December 19, 2025 Trial Date: July 27, 2027 |

1

Notice and Suggestion of Death of Defendant Carole King Upon the Record

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1225
HUNTINGTON BEACH, CALIFORNIA 92647
T: (949) 523-3333 | F: (949) 523-3003

company; HIGUERA BREW LLC, a California limited liability company; JGK CONSTRUCTION LLC, a California limited liability company; CAROLE D. KING, an individual; CAROLE D. KING, as Trustee of the JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, 2006; JOHN G. KING, an individual; JOHN G. KING, as Trustee of the JG KING LIVING TRUST, DATED FEBRUARY 25, 2021; JOHN E. KING, an individual; JOHN E. KING, as Trustee of the JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, 2006; LANA LUCAS, an individual; LOS LOBOS INVESTMENTS LLC, a California limited liability company; PAUL G. METCHIK, an individual; MISSION GROVE ASSOCIATES, a California general partnership; MONTALBAN STREET GROUP, a California general partnership; MICHAEL NELSON, an individual; ORKA REAL ESTATE PARTNERS LLC, a California limited liability company; ROBIN L. ROSSI, an individual; ROBIN L. ROSSI as Trustee of THE ROBIN L. ROSSI LIVING TRUST U/D/T OCTOBER 19, 1990 a/k/a ROBIN L. ROSSI LIVING TRUST; SPANISH VINEYARDS LLC, a California limited liability company; SYCAMORE MINERAL SPRINGS LLC, a California limited liability company; THE SEAVENTURE RESORT, LLC, a California limited liability company; THE VINEYARDS AT SPANISH SPRINGS, LLC, a California limited liability company; and DOES 1-100, inclusive,

　　　　Defendants.

2

Notice and Suggestion of Death of Defendant Carole King Upon the Record

SKT Law, P.C.
7755 Center Avenue, Suite 1225
Huntington Beach, California 92647
T: (949) 523-3333 | F: (949) 523-3003

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants John E. King, individually and as trustee of the John and Carole King Family Trust dated April 20, 2006, the John and Carole King Family Trust dated April 20, 2006, Black Chaps, LLC, Boutique Hotel Collection, Inc., Michael Nelson, and Lana Lucas hereby gives notice of, and suggests upon the record, the death of Defendant Carole King, who died on July 8, 2026, during the pendency of this action.

Carole King is named as a defendant in the operative Complaint in this action. The undersigned files this Notice solely to note the fact of her death upon the record.

This Notice is not, and shall not be construed as, an appearance on behalf of the decedent, her estate, or any successor or representative thereof. By filing this Notice, the undersigned and Defendants do not concede, and expressly reserve all rights, defenses, and objections concerning, whether any claim asserted against the decedent survives her death, whether any such claim is subject to substitution under Rule 25(a)(1), and the identity of any proper party, successor, or personal representative. Nothing in this Notice waives, and the undersigned expressly preserves, all defenses available to the decedent and the remaining Defendants, including that the claims asserted against the decedent abated upon her death and are not subject to substitution.

///

///

///

3

Notice and Suggestion of Death of Defendant Carole King Upon the Record

Pursuant to Rule 25(a)(1), if a motion for substitution of the proper party is not made within 90 days after service of a statement noting the death, the action against the decedent must be dismissed. The decedent's prior guardian ad litem's authority terminated upon the decedent's death, and no personal representative or successor of the decedent has appeared in this action.

Dated: June 30, 2026

By: _____

SKT LAW, P.C.
Eliot F. Krieger
Attorneys for Defendants John E. King, individually and as trustee of the John and Carole King Family Trust dated April 20, 2006, the John and Carole King Family Trust dated April 20, 2006, Black Chaps, LLC, Boutique Hotel Collection, Inc., Michael Nelson, and Lana Lucas

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1225
HUNTINGTON BEACH, CALIFORNIA 92647
T: (949) 523-3333 | F: (949) 523-3003

4

Notice and Suggestion of Death of Defendant Carole King Upon the Record