Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
Annasofia A. Roig (Admitted *Pro Hac Vice*)
annasofia.roig@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Telephone:   214 978 3000
Facsimile:    214 978 3099

Armen Manasserian (State Bar No. 288199)
armen@ml-apc.com
**MANASSERIAN LAW, APC**
35 Hugus Alley, Suite 210
Pasadena, CA 91103
Telephone:   626 469 0500
Facsimile:    626 469 0510

Attorneys for Plaintiffs, Coronitas Holdings, LLC, and Wolverine Endeavors VIII, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>1023 MONTEREY INVESTORS LLC, et al.,<br><br>Defendants. | Case No. 2:25-cv-11946-JFW-SK<br><br>Complaint Filed: December 17, 2025<br><br>**PLAINTIFFS' CERTIFICATION REGARDING ARTIFICIAL INTELLIGENCE IN RESPONSE TO ORDER [ECF NO. 160]**<br><br>Courtroom 7A – 7th floor<br>Before the Hon. John F. Walter<br>U.S. Courthouse – 350 W. First Street<br>Los Angeles, CA 90012<br><br>Trial Date: July 27, 2027 |

Pursuant to the Court's Order Re: Artificial Intelligence [ECF No. 160], undersigned counsel hereby discloses that generative artificial intelligence tools have been used in connection with certain aspects of the preparation and review of documents filed in this action, including for purposes of reviewing draft filings, summarizing allegations and information drawn from source materials, and generating proposed edits and revisions to attorney-drafted work product. The undersigned and counsel's law firm have access to and utilize a variety of artificial intelligence tools, including tools designed to assist with conducting preliminary legal research, document review, analysis, and drafting. Such tools have been used solely as assistive resources to facilitate attorney review and drafting and have not been used as a substitute for counsel's independent professional judgment.

To the extent generative artificial intelligence tools suggested language, revisions, summaries, or organizational changes, no such content has been included in any of Plaintiffs' filings without attorney review, evaluation, and approval. Counsel exercised independent legal judgment with respect to all content submitted to the Court.

Undersigned counsel further certifies that all filings submitted to the Court have been reviewed by attorneys at the undersigned's law firm. An attorney has reviewed and verified the accuracy of all legal citations, quotations, factual statements, and legal analyses contained therein. All citations and authorities cited in the filings were independently confirmed, and all factual assertions were reviewed against the underlying source materials available to counsel. Following that review, counsel believes that Plaintiffs' filings to date comply with the requirements set forth in the Court's Order.

Respectfully Submitted,

Dated: July 9, 2026

**BAKER & McKENZIE LLP**

By: */s/ Nicholas O. Kennedy*

Nicholas O. Kennedy
Annasofia A. Roig
(Admitted *Pro Hac Vice*)

**MANASSERIAN LAW, APC**
Armen Manasserian

Attorneys for Plaintiffs,
Coronitas Holdings, LLC, and
Wolverine Endeavors VIII, LLC

Case No. 2:25-cv-11946-JFW-SK
CERTIFICATION RE ARTIFICIAL INTELLGENCE