Nicholas O. Kennedy (State Bar No. 280504)
nicholas.kennedy@bakermckenzie.com
Annasofia A. Roig (Admitted *Pro Hac Vice*)
annasofia.roig@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Telephone: 214 978 3000
Facsimile: 214 978 3099

Armen Manasserian (State Bar No. 288199)
armen@ml-apc.com
**MANASSERIAN LAW, APC**
35 Hugus Alley, Suite 210
Pasadena, CA 91103
Telephone: 626 469 0500
Facsimile: 626 469 0510

Attorneys for Plaintiffs,
Coronitas Holdings, LLC, and
Wolverine Endeavors VIII, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company,

Plaintiffs,

v.

1023 MONTEREY INVESTORS LLC, et al.,

Defendants.

Case No. 2:25-cv-11946-JFW-SK
Complaint Filed: December 17, 2025

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO EXTEND TIME TO SUBSTITUTE A SUCCESSOR TO DEFENDANT CAROLE KING [FRCP 25]**

Date: November 9, 2026
Time: 1:30 p.m.
Before The Hon. John F. Walter
350 West First Street- Courtroom 7A
Los Angeles, CA 90012
Trial Date: July 27, 2027

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on **November 9, 2026 at 1:30 p.m.**, or as soon as the matter may be heard in Courtroom 7A of the United States District Court, Central District of California, located at 350 West First Street, Los Angeles, CA 90012, Plaintiffs Coronitas Holdings, LLC and Wolverine Endeavors VIII LLC (collectively "Plaintiffs") will and hereby do move the Court for an order granting an extension of time for Plaintiffs to file a motion to substitute a successor to Defendant Carole King due to death, pursuant to Federal Rule of Procedure 25.

This Motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities, the declaration of Annasofia Roig and supporting exhibits, the accompanying proposed order, the pleadings and records on file in this matter, and such other evidence and arguments as may be presented at the hearing on this motion.

This motion is made following the conference of counsel pursuant to Civil L.R. 7-3, which took place on September 27–28, 2026. On Sunday, September 27, 2026, counsel for Plaintiffs emailed counsel for all Defendants to confer on the issues presented. On Monday, September 28, 2026, counsel for Defendants John E. King, individually and as Trustee of the John and Carole King Family Trust dated April 20, 2006; the John and Carole King Family Trust dated April 20, 2006; Black Chaps, LLC; Boutique Hotel Collection, Inc.; Michael Nelson; and Lana Lucas conferred with counsel for Plaintiffs and advised that their clients oppose the requested extension given that a special administrator has been appointed. Counsel for Defendant Metchik advised counsel for Plaintiffs that Defendant Metchik does not take any position on the subject of this Motion. Counsel for the remaining Defendants did not advise of their position prior to the deadline for filing. Counsel for Plaintiffs will update the Court if any other Defendants note their opposition to the requested relief.

Dated: September 30, 2026

**BAKER & McKENZIE LLP**

By: */s/ Nicholas O. Kennedy*

Nicholas O. Kennedy
Annasofia A. Roig
(Admitted *Pro Hac Vice*)

**MANASSERIAN LAW, APC**
Armen Manasserian

Attorneys for Plaintiffs,
Coronitas Holdings, LLC, and
Wolverine Endeavors VIII, LLC