SKT LAW, P.C.
Eliot F. Krieger (SBN 159647) ekrieger@skt.law
Heidi Stilb Lewis (SBN 98046) hlewis@skt.law
Maren B. Hufton (SBN 253445) mhufton@skt.law
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
(949) 523-3333 Telephone | (949) 523-3003 Facsimile

Attorneys for Defendants John E. King, individually and as trustee of the John and Carole King Family Trust dated April 20, 2006, the John and Carole King Family Trust dated April 20, 2006, Black Chaps, LLC, Boutique Hotel Collection, Inc., Michael Nelson, and Lana Lucas

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

CORONITAS HOLDINGS, LLC, a Wyoming limited liability company; and WOLVERINE ENDEAVORS VIII, LLC, a California limited liability company,

Plaintiffs,

vs.

1023 MONTEREY INVESTORS LLC, a California limited liability company; 1035 MONTEREY INVESTORS LLC, a California limited liability company; A.J. SPURS, INC., BUELLTON, a California corporation; ADDIE STREET LAND GROUP LP, a California limited partnership; AKRO REAL ESTATE PARTNERS LLC, a California limited liability company; APPLE FARM COLLECTIONS-SLO, INC., a California corporation; BLACK CHAPS LLC, a California limited liability company; BOUTIQUE HOTEL COLLECTION, INC., a California corporation; DISTINCTIVE RESORTS, INC., a California corporation; CLIFFS RESORT LLC, a California limited liability company; FERNWOOD RESORT, LLC, a California limited liability

CASE NO. 2:25-cv-11946-JFW-SK

Judge: John F. Walter
Courtroom: 7A

**DEFENDANTS' CERTIFICATION REGARDING ARTIFICIAL INTELLIGENCE IN RESPONSE TO ORDER [ECF NO. 160]**

Complaint Filed: December 19, 2025

Trial Date: July 27, 2027

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1100
HUNTINGTON BEACH, CALIFORNIA 92647
T: (949) 523-3333 | F: (949) 523-3003

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1100
HUNTINGTON BEACH, CALIFORNIA 92647
T: (949) 523-3333 | F: (949) 523-3003

company; HIGUERA BREW LLC, a California limited liability company; JGK CONSTRUCTION LLC, a California limited liability company; CAROLE D. KING, an individual; CAROLE D. KING, as Trustee of the JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, 2006; JOHN G. KING, an individual; JOHN G. KING, as Trustee of the JG KING LIVING TRUST, DATED FEBRUARY 25, 2021; JOHN E. KING, an individual; JOHN E. KING, as Trustee of the JOHN AND CAROLE KING FAMILY TRUST, DATED APRIL 20, 2006; LANA LUCAS, an individual; LOS LOBOS INVESTMENTS LLC, a California limited liability company; PAUL G. METCHIK, an individual; MISSION GROVE ASSOCIATES, a California general partnership; MONTALBAN STREET GROUP, a California general partnership; MICHAEL NELSON, an individual; ORKA REAL ESTATE PARTNERS LLC, a California limited liability company; ROBIN L. ROSSI, an individual; ROBIN L. ROSSI as Trustee of THE ROBIN L. ROSSI LIVING TRUST U/D/T OCTOBER 19, 1990 a/k/a ROBIN L. ROSSI LIVING TRUST; SPANISH VINEYARDS LLC, a California limited liability company; SYCAMORE MINERAL SPRINGS LLC, a California limited liability company; THE SEAVENTURE RESORT, LLC, a California limited liability company; THE VINEYARDS AT SPANISH SPRINGS, LLC, a California limited liability company; and DOES 1-100, inclusive,

Defendants.

Pursuant to the Court's Order re: Artificial Intelligence [ECF No. 160], undersigned counsel hereby submits this certification regarding the use of generative artificial intelligence ("AI") in connection with filings previously submitted to the Court on behalf of Defendants John E. King, individually and as trustee of the John and Carole King Family Trust dated April 20, 2006, the John and Carole King Family Trust dated April 20, 2006, Black Chaps, LLC, Boutique Hotel Collection, Inc., Michael Nelson, and Lana Lucas.

To the extent generative AI tools have been used in connection with the preparation of any documents previously filed in this action, such tools have been used solely as assistive resources in the drafting, editing, reviewing, and analysis of documents, and not as a substitute for counsel's independent professional judgment.

Undersigned counsel hereby certifies that he has personally reviewed and verified the accuracy of all legal citations, quotations, factual statements, and legal analyses contained in the documents previously filed with the Court on behalf of the above-identified Defendants. Counsel further certifies that all legal authorities and citations have been independently verified and that the factual assertions and legal analyses contained in such filings have been reviewed for accuracy.

Accordingly, undersigned counsel certifies that the filings previously submitted on behalf of the above-identified Defendants comply with the requirements of the Court's June 29, 2026 Order.

Dated: October 9, 2026

By: 

SKT LAW, P.C.
Eliot F. Krieger
Attorneys for Defendants John E. King, individually and as trustee of the John and Carole King Family Trust dated April 20, 2006, the John and Carole King Family Trust dated April 20, 2006, Black Chaps, LLC, Boutique Hotel Collection, Inc., Michael Nelson, and Lana Lucas

SKT LAW, P.C.
7755 CENTER AVENUE, SUITE 1100
HUNTINGTON BEACH, CALIFORNIA 92647
T: (949) 523-3333 | F: (949) 523-3003